UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. _____

WENTWORTH PRECIOUS METALS, LLC,

    Plaintiff

v.

CITY OF EVERETT, CARLO DeMARIA, JR., as he is the Mayor of the City of Everett, FRANK NUZZO, as he is the Code Enforcement Officer of the City of Everett, and JOHN FIELD, as he is the Building Inspector of the City of Everett,

    Defendants

NOTICE OF REMOVAL

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS:

    Now come the defendants, City of Everett, Carlo DeMaria, Jr., Frank Nuzzo and John Field, pursuant to the provisions of 28 U.S.C. §§1441 and 1446, and hereby file notice of the removal of this action from the Superior Court Department of the Trial Court of the Commonwealth of Massachusetts, County of Middlesex, where it is currently pending, based upon the following grounds:

    1.    This is an action in which the plaintiff alleges violations of its constitutional rights pursuant to 42 U.S.C. §1983 (See, Complaint, Counts 1 and 2, affixed hereto and incorporated by reference), as well as various state law claims.

    2.    This Court has jurisdiction over the plaintiff's federal claims pursuant to 42 U.S.C. §1983, and the entire case may be removed pursuant to 28 U.S.C. §1441.

3.  Removal is timely, as the plaintiff served its Complaint no earlier than March 22, 2011 and the Notice of Removal was filed on May 20, 2011.

Signed pursuant to Rule 11 of the Federal Rules of Civil Procedure.

DEFENDANTS,

CITY OF EVERETT, CARLO DeMARIA, JR., FRANK NUZZO AND JOHN FIELD,

By their attorneys,

/s/ Jonathan M. Silverstein
Jonathan M. Silverstein (BBO# 630431)
Janelle M. Austin (BBO# 666835)
Kopelman and Paige, P.C.
101 Arch Street, 12th Floor
Boston, MA 02110-1109
(617) 556-0007
jsilverstein@k-plaw.com
jaustin@k-plaw.com

CERTIFICATE OF SERVICE

I, Jonathan M. Silverstein, certify that the above document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be served upon any party or counsel of record who is not a registered participant of the Court's ECF system upon notification by the Court of those individuals who will not be served electronically.  /s/ Jonathan M. Silverstein

425903/80000/0139