

# THE COMMONWEALTH OF MASSACHUSETTS
## City of Everett
## Board of Aldermen

NUMBER
LN-2008-0133

FEE
$50.00

## WENTWORTH PRECIOUS METALS, LLC
NAME
### 431 SECOND ST
ADDRESS

DATE ISSUED

MAY 1 7 2010

## IS HEREBY GRANTED A Second Hand Dealer

This permit is granted in conformity with the Statutes and ordinances relating thereto, and expires   May 1, 2011   unless sooner suspended or revoked.

RESTRICTIONS: Board of Aldermen, Rule 55

HOURS ACTIVE:  M-F 6am-5pm, Sat. 6am-1pm.

Restrictions: 1) All operations and storage shall be done inside the new bld. 2) Empl. Parking must be provided. 3) Landscaping shall be provided around prop. 4) Consider Everett residents for new hires.

CITY CLERK



# THE COMMONWEALTH OF MASSACHUSETTS
## City of Everett
## Board of Aldermen

NUMBER
L.N-2008-0132

FEE
$25.00

### <u>WENTWORTH PRECIOUS METALS, LLC</u>
NAME
### 431 SECOND ST
ADDRESS

DATE ISSUED

MAY 1 7 2010

## IS HEREBY GRANTED A Antique Dealer

This permit is granted in conformity with the Statutes and ordinances relating thereto, and expires   May 1, 2011   unless sooner suspended or revoked.

RESTRICTIONS: 1) All operations & storage shall be done inside new bld. 2)Empl parking must be provided.

HOURS ACTIVE: M-F 6am-5pm, Sat. 6am-1pm
3) Landscaping around property  4) Consider hiring Everett residents.

_Michael Matarazzo_

CITY CLERK



# THE COMMONWEALTH OF MASSACHUSETTS
## City of Everett
### Board of Aldermen

NUMBER
LN-2008-0134

FEE
$20.00

## WENTWORTH PRECIOUS METALS, LLC
NAME

### 431 SECOND ST
ADDRESS

DATE ISSUED

MAY 1 7 2010

## IS HEREBY GRANTED A Precious Metals Dealers

This permit is granted in conformity with the Statutes and ordinances relating thereto, and
expires  May 1, 2011  unless sooner suspended or revoked.

RESTRICTIONS: Board of Aldermen, Rule 70, 71

HOURS ACTIVE: M-F 6am-5pm, Sat 6am-1pm.
Restrictions: 1) All operations and storage shall be done inside the new bld. 2) Empl parking must
be provided. 3) Landscaping shall be provide around prop. 4) Consider Everett residents for new
hires

CITY CLERK



# THE COMMONWEALTH OF MASSACHUSETTS
## City of Everett
### Board of Aldermen

NUMBER
LN-2008-0131

FEE
$150.00

## WENTWORTH PRECIOUS METALS, LLC
NAME

431 SECOND ST
ADDRESS

DATE ISSUED

MAY 1 7 2010

### IS HEREBY GRANTED A Junk Dealers

This permit is granted in conformity with the Statutes and ordinances relating thereto, and expires   May 1, 2011   unless sooner suspended or revoked.

RESTRICTIONS: 1) All operations & storage shall be done in building. 2) Empl. Parking provided.

HOURS ACTIVE:  M-F 6am-5pm, Sat. 6am-1pm.
3) Landscaping around property. 4) Consider hiring Everett residents.

_____
CITY CLERK

# EXHIBIT C



**Building Department - 617-394-2220**
**Inspection Report**

Date: _3-15-2010_

Company: _Wentworth Precious Metals LLC_

Location: _0 Terminal St / 431 Second St_

An inspection was made of the above location and it was found to be

☒ In compliance

☐ Not in compliance

with the Zoning Laws of the City of Everett.

Reasons for being found not in compliance, if applicable: _____

_____

_____

_____

_____

(Signature of Inspector)



# City of Everett, Massachusetts

## CERTIFICATE OF GOOD STANDING

1. Exact name of Business: Wentworth Precious Metals LLC
2. Location: O Terminal St / 431 Second St
3. Type of License: Junk   4. Do you own the business property? YES

---

### Treasurer-Collector's Department's Acknowledgement
#### (For official use only)

Date of Issuance: 3-16-10

Taxes included in Certificate (please check):

☑ Real Estate   ☐ Water Sewer   ☑ Personal Property   ☐ Other _____

Comments: _____

---

Approved by: _____ Collector's Office

---

## OFFICE OF CODE ENFORCEMENT
### (For official use only)

This is to certify that the above named business does not have any outstanding obligations to the Office of Code Enforcement.

_____          4-7-10
Code Enforcement Officer                  Date


Domenico Dangelo



**Everett Fire Department, Fire Prevention Bureau**
**Inspection Report - 617-394-2349**

Date: 3-15-2010

RE: Wentworth Precious Metals LLC
(Business Name)

O terminal st / 431 second st.
(Business Location)

An inspection was made of the above location and it was found to be

☑ In compliance

☐ Not in compliance

with Fire Department Regulations.

Any new construction, additions or alterations shall be subject to all rules and regulations, and any other Fire Prevention measures that may be required by the Chief of the Fire Department.

Reasons for being found not in compliance, if applicable: _____

_____

_____

_____

_____
(Signature of Inspector)

# EXHIBIT D

To see all the details that are visible on the screen, use the "Print" link next to the map.





To see all the details that are visible on the screen, use the "Print" link next to the map.



AMERICAN SCRAP
METAL
357 Third St.

To see all the details that are visible on the screen, use the "Print" link next to the map.



Address

To see all the details that are visible on the screen, use the "Print" link next to the map.





Address

To see all the details that are visible on the screen, use the "Print" link next to the map.





To see all the details that are visible on the screen, use the "Print" link next to the map.



Address

To see all the details that are visible on the screen, use the "Print" link next to the map.





# EXHIBIT E

EXHIBIT B

# CETF MEETING MINUTES

7/22/2010
11:00 AM
Mayor's Conference Room

**Attendees: CETF**
HP - Heidi Porter
FN - Frank Nuzzo
LV - Laura Vlasuk
RO - Rich O'Donnell
ES - Ed Sobolewski
LS - Lou Staffieri
MD - Mike Desmond
JD - Joe Devito
JJ - Lt. Jeff Jenkinson
JB - Jill Barringer
CM - Colleen Mejia
PC - Deputy Chief Calderwood
JF - John Field

## Agenda

FINES/DISPOSITION/W___VE

40 U TICKETING

TARGETED ENFORCEMENT

CURRENT ENFORCEMENT

PROPOSED ILLEGAL A___RTMENT ORDINANCE

PUBLIC HEALTH/NUIS___NCE-WOODWASTE, SCRAPIT, ET AL          Not discussed

## 11:00 Start of Discus___on

Think about a zoning ordi___nce for storage "Pods" – not a structure as described by State Building Code; temporary in nature;

8 Dean St – no 26F Fire D___artment Smoke Certification inspection prior to sale – auction – must research and determine best way to ___ that 26F must be performed

Fire Dept will draft notific___ion that even if a building is to be immediately renovated, a building must have basic life safety systems in during construction

53 Woodville – same;

131 Spring St – Tube Ice-___ DEP, anhydrous ammonia refrigeration systems – vacant building

Woodward St – abandone___ ehicles – will notify violation of City of Everett Ordinance and order removal of vehicles

## PROPOSED ILLEGAL APARTMENT ORDINANCE

Discussion: not discussed

Conclusions: address next meeting

| Action items: | Person responsible: | Deadline: |
|---|---|---|
| Research and discuss | JF | |

## PUBLIC HEALTH/NUISANCE- WOODWASTE, SCRAPIT, ET AL.

Discussion:

* Woodwaste – settlement agreement-not licensed by alderman-plans to enclose operation floating around

* Scrapit and other scrap/junk recycling facilities are in violation of licenses. We will notify all operators violation of notice and request alderman hold hearing to revoke licenses. In the interim, we will cite on violation of zoning ordinance.

Conclusions:

| Action items: | Person responsible: | Deadline: |
|---|---|---|
| * Woodwaste – Coordinate with DEP  PC to request DEP representative addend next CETF meeting | | |
| * Scrap yards – all in violation  operation must be indoors none are in compliance | | |
| Will request city clerk to request inspection  if in violation, send notice of violation to each offender and request city clerk to hold hearing | ceft | 7-29-10 |

## 12:15 PM - End of Meeting

Next Meeting August 11, 2010  11:00 AM Mayor's Conference Room

# TARGETED ENFORCEMENT

Discussion:

50 Liberty St. Now bank owned. Cleanup commencing-no individuals may enter unless the plywood is removed and or adequate lighting is provide-cleanup only, no demo work, no permits until tax lien is paid. Status of receivership petition-AGO is drafting agreement that bank will get property into compliance with codes and the City will withdraw petition.

Conclusions: We will monitor progress and commence action if slow or no progress towards compliance...

| Action items: | Person responsible: | Deadline: |
|---|---|---|
| Enforce minimum standard of habitation and building code | cetf | Next meeting |

# CURRENT ENFORCEMENT TARGETS

Discussion:

211 Elm - egress and fire alarm violations noted on July 21, 2010 CETF inspection and site visit July 22, 2010

Possible board up/eviction - Ryan owned Property-

Results of July 22, 2010 site visit - found 1 common smoke detector not operational and will have it repaired today, observed broken and unsafe decking on front porch - will order it repaired immediately, found 3rd floor bathroom water leaks to be ordered repaired in 7 days and refer to Health Dept for possible state sanitary code violations

243 Main - vacant and dangerous-decks are rotted and falling off building and unsafe – ordered placarded with fire department 'do not enter' notification family said to be preparing to sell but due to recent death of owner, some confusion as to timeframe

112-126 Ferry - owner has presented conceptual plans to renovate - will hold owner to timeline or else pursue receivership.

Café Belo – 158 School St. Work is underway to remove illegal basement bar and offices. Will be complete by Friday, July 23-much cleaner already

Bobs Services - 236 Ferry - will order cease and desist Fire Department has referred site to DEP, will follow up and invite DEP to next CETF meeting.

Conclusions: violations must be addressed as observed - if not, they seem to snowball

| Action items: | Person responsible: | Deadline: |
|---|---|---|
| Placard 243 Main, send enforcement order to owner of 211 Elm, Bobs Services-236 Ferry, re-inspect 158 School St-illegal basement bar and offices | JF | By next meeting |

EXHIBIT 6

ACTION PLAN — JUNK DEALERS

DATE: 4·28·10

CONDITIONS: JUNK DEALERS (+/− 8) ARE PROCESSING & STORING
MATERIALS OUTSIDE OF BUILDINGS

REPORT OF

PROBLEM: ALMOST ALL ARE NOT IN COMPLIANCE

VIOLATIONS: ① LICENSE FOR OPERATION STATES ALL OPERATIONS &
STORAGE TO BE INSIDE BUILDING

② ZONING ORDINANCE — SAME AS ABOVE

ACTIONS: ① INITIAL CONTACT (INFORMAL) | DATE
NOTIFICATION OF DEFICIENCY.

② FOLLOW UP — 1 WEEK TO
RESPOND

RESEARCH — WIN IS PREEXISTING?

LIST OF LICENSE HOLDERS: JUNK DEALERS
CARLYLE PRECIOUS METALS — 12 DEXTER ST
AMERICAN SCRAP METAL — 337 THIRD
SECOND ST IRON & METALS — 285 SECOND ST
H. H & M METALS — 337 SECOND ST
M & S METALS — 391 THIRD ST
SCHNITZER N.E — 64 ROVER ST
MATTUCHO, INC — 366 SECOND ST
WENTWORTH — SCRAPIT 431 SECOND ST

ZON— ⑤ REQUIRE COMPLIANCE PLAN —
How will OPERATION BEGIN TO BE COMPLIANT:
    SET SCHEDULE
    INFORM OWNER OF VIOLATION
    NOTIFY WHEN TICKETING IS TO COMMENCE
    TICKETING WILL BE DAILY — 25°° | 50°° | 100°° | 300°°
                                    1 WK | 2 WK | 3 WK | 4 WK
                                                      + REMOVE
                                                        OTHER

SEALOIT — EXISTING / GRANDFATHERED

    — LICENSE RENEWAL DATES

    — VOLUME OF MTLS

    — EXISTING VIOLATIONS (CODE · 527 — BD) HEALTH

NON— PROVIDE REPORT TO CLERK / BOA OF NON
    COMPLIANCE OF OPERATIONS — ESTIMATE THAT
        7 ARE NOT PROTECTED — 1 IS GRANDFATHERED

    ESTIMATE — TIME TO COMPLETE — 3 to WEEK / 2 to
    TAKE ONE LICENSE AT A TIME —                    STAFF

# Action Plan for

**Project:** _JUNK DEALERS_                      **Date:** _4-28-10_

**Goals:** MOVE OPERATIONS & STORAGE INSIDE SO AS TO
BE CODE -LICENSE COMPLIANT

**Measures of Success:** NO OPERATIONS OR STORAGE VISIBLE

**Scope of Organizational Impact:** WILL HELP TO MAKE AREA MORE
ESTHETICALLY APPEALING, REDUCE NOISE, ODORS INCREASE
CONFORMITY

**Staffing and Participants:**

| **Name** | **Role** | **Time Commitment** |
|----------|----------|---------------------|
| JF |  |  |

**Tracking and Reporting Process:** MONITOR, TICKETS

**Dependencies, Risks, and Constraints:** NEED   TICKETS — 2nd - 40 U
START - ? SIGNS - FIRST   40 U IN PLACE FIRST
                               TO RENEW LICENSE

**Estimated Completion Date for All Activities:**

SCRAP? - IT — SCHEDULE OF CONSTRUCTION
MATTRESSES — ??? IN BY END OF DAY
↓
WOOD/WASTE - (SETTLERS' AGREEMENT?)

*Project:*

# Action Items for

**Action Item Number:**          **Owner:**                    **Due Date:**

**Description of Activity:** INDIVIDUAL ACTION PLAN FOR EACH SITE
BY ____ VIOLATIONS

**Deliverable(s):**          LIST OF SITES — ENFORCEMENT PLANS

**Resources Needed:**

---

**Action Item Number:**          **Owner:**                    **Due Date:**

**Description of Activity:** BUILD COMPLIANCE PLANS FOR EACH
SITE

**Deliverable(s):**          SCHEDULE FOR EACH SITE TO BE IN
COMPLIANCE

**Resources Needed:**

---

**Action Item Number:**          **Owner:**                    **Due Date:**

**Description of Activity:** TRACK & ENFORCE WHERE OWNER(S)
HAVE STOPPED WORKING TOWARDS
**Deliverable(s):** COMPLIANCE

**Resources Needed:** EFFECTIVE ENFORCEMENT

Project:

# Action Items for

**Action Item Number:** 1  **Owner:** JF  **Due Date:** ASAP

**Description of Activity:** RESEARCH LICENSE + USE DETERMINE
WHICH OPERATIONS ARE PROTECTED (GRANDFATHERED)

**Deliverable(s):** LIST OF LICENSES — RESTRICTIONS

**Resources Needed:** ACCESS TO CITY CLERK LICENSE (LEOTARD)

---

**Action Item Number:** 2  **Owner:** JF  **Due Date:** 5-12

**Description of Activity:** PRIORITIZE — WHICH OPERATIONS ARE
COMPLIANT

**Deliverable(s):** LIST OF ENFORCEMENT SITES

**Resources Needed:**

---

**Action Item Number:** 3  **Owner:** JF  **Due Date:**

**Description of Activity:** SUMMARIZE EXTENT OF NONCOMPLIANCE

**Deliverable(s):** LIST OF VIOLATORS SORTED BY LEVEL

**Resources Needed:** OF NONCOMPLIANCE —

Project:

# Action Plan Tracking for

| Action Item Number | Date Started | Date Completed | Comments |
|---|---|---|---|
| ① | 5-5-10 | 3-5-10 | 2 HAVE RESTRICTIONS - COPIED |
| ② | 3-5-10 | 5-5-10 | SUPPLIT → MARVCHES |
| ③ | 5-5-10 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

# EXHIBIT F

*Frank Nuzzo Jr*
*Director*
*617-394-2227*



*Everett City Hall*
*484 Broadway*
*Everett, MA 02149*

*City of Everett*
*Code Enforcement*

December 6, 2010

Dear Mr, Marchese

     Enclosed please find the copies of the violations that you requested.  If you have any questions please feel free to contact me.


Thank you,

Frank Nuzzo Jr.

**NOTICE OF VIOLATION**
**CITY ORDINANCE, BY-LAW, REGULATION**

CE No. U6U51

(Date of this Notice) _08-27-10_ 20___
To: _SCRAP IT / WENTWORTH_
(Name of Offender)
_431 SECOND ST_
(Address of Offender)
_EVERETT MA 02149_
(City, State, Zip)

_____/_____
(S.S. # of Offender)      (D.O.B of Offender)

### YOU HAVE BEEN OBSERVED VIOLATING
☐ No Dumpster Permit          ☐ Obstruction of a Public Way
☐ Overflowing Dumpster        ☐ Rubbish Out too Early
☐ Blocked Egress/Ingress      ☐ Fire Prevention Regulation
☑ Accumulated Combustibles    ☑ Building/Zoning
☐ Litter on Property Rubbish  ☐ Other

Art: _ZONING_ Section _21 INDUS. LMTD_
(Specific ordinance, bylaws or regulation)
_INDUSTRIAL LIMITED DISTRICT_
_NO STORAGE OUTSIDE OF BUILDING(S)_
At: _9 am_ (A.M./P.M.) on _FRIDAY_
(time and date of violation) _AUGUST 27, 2010_
_431 SECOND STREET_
(place of violation)
_JOHN FIELD_
(Signature of Enforcing Person)

**I HEREBY ACKNOWLEDGE RECEIPT OF THE FOREGOING CITATION**
X _____
☐ Unable to obtain signature of offender. Date Mailed _8-20-10_
THE NON CRIMINAL FINE FOR THIS OFFENSE IS $ _100_

EITHER OPTION(1) OR OPTION(2) WILL OPERATE AS A FINAL DISPOSITION WITH NO RESULTING CRIMINAL RECORD
(1) You may choose to pay the above fine, either by appearing in person or through a duly authorized agent, or by mailing a check, money order or postal note WITHIN 21 DAYS OF THE DATE OF THIS NOTICE TO:
CITY OF EVERETT, COLLECTOR'S OFFICE • 484 Broadway • Everett, MA 02149
(2) If you desire to contest this matter, you may do so by making a written request for a non criminal hearing and enclosing a copy of this citation, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE TO BOTH:
HEARING OFFICER, EVERETT CITY HALL • 484 BROADWAY • EVERETT, MA 02149 • ATTN: EVERETT 21D VIOLATIONS &
CODE ENFORCEMENT OFFICE, CITY OF EVERETT • 484 BROADWAY • EVERETT, MA 02149 • ATTN: EVERETT 21D VIOLATIONS

If you fail to pay the above fine or request a hearing within 21 days, or if you fail to appear for the hearing or to pay any fine determined at the hearing to be due, a criminal complaint may be issued against you.
I HEREBY ELECT THE FIRST OPTION above, confess the offense charge and enclose payment

in the amount of $ _100.00_
I HEREBY REQUEST A NON CRIMINAL HEARING ON THIS MATTER.
Signature _____

**DEPARTMENT COPY**

---

**CITY OF EVERETT**
**NOTICE OF VIOLATION**
**CITY ORDINANCE, BY-LAW, REGULATION**

CE No. U6U3

(Date of this Notice) _SEPT 8_ 20_10_
To: _SCRAP IT / WENTWORTH & PERCONDIS JR_
(Name of Offender)
_431 SECOND ST_
(Address of Offender)
_EVERETT, MA 02149_
(City, State, Zip)

_____/_____
(S.S. # of Offender)      (D.O.B of Offender)

### YOU HAVE BEEN OBSERVED VIOLATING
☐ No Dumpster Permit          ☐ Obstruction of a Public Way
☐ Overflowing Dumpster        ☐ Rubbish Out too Early
☐ Blocked Egress/Ingress      ☐ Fire Prevention Regulation
☐ Accumulated Combustibles    ☑ Building/Zoning
☐ Litter on Property Rubbish  ☐ Other

Art: _ZONING_ Section _21 INDUS._
(Specific ordinance, bylaws or regulation) _LMTD_
_NO STORAGE OF MTLS OUTSIDE_
_OF BUILDINGS_
At: _9_ (A.M./P.M.) on _9-8-10_
(time and date of violation)
_431 SECOND ST_
(place of violation)
_JOHN FIELD_
(Signature of Enforcing Person)

**I HEREBY ACKNOWLEDGE RECEIPT OF THE FOREGOING CITATION**
X _____
☑ Unable to obtain signature of offender. Date Mailed _9-8-1_
THE NON CRIMINAL FINE FOR THIS OFFENSE IS $ _300_

EITHER OPTION (1) OR OPTION (2) WILL OPERATE AS A FINAL DISPOSITION WITH NO RESULTING CRIMINAL RECORD
(1) You may choose to pay the above fine, either by appearing in person or through a duly authorized agent, or by mailing a check, money order or postal note WITHIN 21 DAYS OF THE DATE OF THIS NOTICE TO:
CITY OF EVERETT, COLLECTOR'S OFFICE • 484 Broadway • Everett, MA 02149
(2) If you desire to contest this matter, you may do so by making a written request for a non criminal hearing and enclosing a copy of this citation, WITHIN 21 DAYS OF THIS NOTICE TO BOTH:
CLERK MAGISTRATE, MALDEN DISTRICT COURT • 89 Summer Street • Malden, MA 02148 • ATTN: Everett 21D Violations
AND
CODE ENFORCEMENT OFFICE, CITY OF EVERETT • 484 Broadway • Everett, MA 02149 • ATTN: Everett 21D Violations

If you fail to pay the above fine or request a hearing within 21 days, or if you fail to appear for the hearing or to pay any fine determined at the hearing to be due, a criminal complaint may be issued against you.
I HEREBY ELECT THE FIRST OPTION above, confess the offense charge and enclose payment

in the amount of $ _____
I HEREBY REQUEST A NON CRIMINAL HEARING ON THIS MATTER.
Signature _____

**DEPARTMENT COPY**

## CITY ORDINANCE, BY-LAW, REGULATION

CE No. 06028

(Date of this Notice) 03-05 20 13

To: SCRAPIT-WENTWORTH
(Name of Offender)

431 SECOND ST
(Address of Offender)

EVERETT MA 02149
(City, State, Zip)

_____ / _____
(S.S.# of Offender)    (D.O.B. of Offender)

### YOU HAVE BEEN OBSERVED VIOLATING

- ☐ No Dumpster Permit
- ☐ Overflowing Dumpster
- ☐ Blocked Egress/Ingress
- ☐ Accumulated Combustibles
- ☐ Litter on Property Rubbish
- ☐ Obstruction of a Public Way
- ☐ Rubbish Out too Early
- ☐ Fire Prevention Regulation
- ☐ Building/Zoning
- ☐ Other

Art: ZONING Section 21
(Specific ordinance, bylaws or regulation)

BOARD OF ALDERMAN

LICENSE RESTRICTIONS

At: 9 AM (A.M./P.M.) on 8-9-10
(time and date of violation)

431 SECOND ST
(place of violation)

JOHN FIELD
(Signature of Enforcing Person)

### I HEREBY ACKNOWLEDGE RECEIPT OF THE FOREGOING CITATION

X _____
☐ Unable to obtain signature of offender.   Date Mailed 8-9-10

THE NON CRIMINAL FINE FOR THIS OFFENSE IS $ 750
EITHER OPTION (1) OR OPTION (2) WILL OPERATE AS A FINAL DISPOSITION WITH NO RESULTING CRIMINAL RECORD
(1) You may choose to pay the above fine, either by appearing in person or through a duly authorized agent, or
by mailing a check, money order or postal note WITHIN 21 DAYS OF THE DATE OF THIS NOTICE TO:
CITY OF EVERETT, COLLECTOR'S OFFICE • 484 Broadway • Everett, MA 02149
(2) If you desire to contest this matter, you may do so by making a written request for a non criminal hearing
and enclosing a copy of this citation, WITHIN 21 DAYS OF THIS NOTICE TO BOTH:
CLERK MAGISTRATE, MALDEN DISTRICT COURT • 89 Summer Street • Malden, MA 02148
AND
CODE ENFORCEMENT OFFICE, CITY OF EVERETT • 484 Broadway • Everett, MA 02149 • ATTN: Everett 21D Violations
If you fail to pay the above fine or request a hearing within 21 days, or if you fail to appear for the hearing to be
due, a criminal complaint may be issued against you.
I HEREBY ELECT THE FIRST OPTION above, contest the offense charge and enclose payment

In the amount of $ _____

I HEREBY REQUEST A NON CRIMINAL HEARING ON THIS MATTER.

Signature _____

## DEPARTMENT COPY

---

## CITY OF EVERETT
## NOTICE OF VIOLATION
## CITY ORDINANCE, BY-LAW, REGULATION

CE No. 060

(Date of this Notice) 8-16 20 10

To: SCRAP-IT/WENTWORTH
(Name of Offender)

431 SECOND ST
(Address of Offender)

EVERETT MA 02149
(City, State, Zip)

_____ / _____
(S.S.# of Offender)    (D.O.B. of Offender)

### YOU HAVE BEEN OBSERVED VIOLATING

- ☐ No Dumpster Permit
- ☐ Overflowing Dumpster
- ☐ Blocked Egress/Ingress
- ☐ Accumulated Combustibles
- ☐ Litter on Property Rubbish
- ☐ Obstruction of a Public Way
- ☐ Rubbish Out too Early
- ☐ Fire Prevention Regulation
- ☒ Building/Zoning
- ☐ Other

Art: ZONING Section 21
(Specific ordinance, bylaws or regulation)

BOARD OF ALDERMAN

LICENSE RESTRICTIONS

At: 10 (A.M./P.M.) on 8-16-10
(time and date of violation)

431 SECOND ST
(place of violation)

JOHN FIELD
(Signature of Enforcing Person)

### I HEREBY ACKNOWLEDGE RECEIPT OF THE FOREGOING CITATION

X _____
☐ Unable to obtain signature of offender.   Date Mailed

THE NON CRIMINAL FINE FOR THIS OFFENSE IS $ 750
EITHER OPTION (1) OR OPTION (2) WILL OPERATE AS A FINAL DISPOSITION WITH NO RESULTING CRIMINAL RECORD
(1) You may choose to pay the above fine, either by appearing in person or through a duly authorized agent, or
by mailing a check, money order or postal note WITHIN 21 DAYS OF THE DATE OF THIS NOTICE TO:
CITY OF EVERETT, COLLECTOR'S OFFICE • 484 Broadway • Everett, MA 02149
(2) If you desire to contest this matter, you may do so by making a written request for a non criminal hearing
and enclosing a copy of this citation, WITHIN 21 DAYS OF THIS NOTICE TO BOTH:
CLERK MAGISTRATE, MALDEN DISTRICT COURT • 89 Summer Street • Malden, MA 02148
AND
CODE ENFORCEMENT OFFICE, CITY OF EVERETT • 484 Broadway • Everett, MA 02148 • ATTN: Everett 21D Violations
If you fail to pay the above fine or request a hearing within 21 days, or to
pay any fine determined at the hearing to be due, a criminal complaint may be issued against you.
I HEREBY ELECT THE FIRST OPTION above, contest the offense charge and enclose payment

In the amount of $ _____

I HEREBY REQUEST A NON CRIMINAL HEARING ON THIS MATTER.

Signature _____

## DEPARTMENT COPY



*City of Everett*
*Code Enforcement*

December 6, 2010

Dear Mr, Marchese

    Enclosed please find the copies of the violations that you requested. If you have any questions please feel free to contact me.

Thank you,

Frank Nuzzo Jr.

**NOTICE OF VIOLATION**
**CITY ORDINANCE, BY-LAW, REGULATION**

CE No. 06031

(Date of this Notice) 08-27-10 20____

To: SCRAP IT / WENTWORTH
_____(Name of Offender)_____

431 SECOND ST
_____(Address of Offender)_____

EVERETT MA 02149
_____(City, State, Zip)_____

_____/_____
(S.S.# of Offender)          (D.O.B of Offender)

**YOU HAVE BEEN OBSERVED VIOLATING**

- ☐ No Dumpster Permit
- ☐ Overflowing Dumpster
- ☐ Blocked Egress/Ingress
- ☒ Accumulated Combustibles
- ☐ Litter on Property Rubbish

- ☐ Obstruction of a Public Way
- ☐ Rubbish Out too Early
- ☐ Fire Prevention Regulation
- ☒ Building/Zoning
- ☐ Other

Art: ZONING  Section 21 INDUS. LIMTD
_____(Specific ordinance, bylaws or regulation)_____

INDUSTRIAL LIMITED DISTRICT

NO STORAGE OUTSIDE OF BUILDING

At: 9:00 (A.M./P.M.) on FRIDAY AUGUST 27, 2010
_____(time and date of violation)_____

431 SECOND STREET
_____(place of violation)_____

JOHN FIELD
(Signature of Enforcing Person)

**I HEREBY ACKNOWLEDGE RECEIPT OF THE FOREGOING CITATION**

X_____

☐ Unable to obtain signature of offender.  Date Mailed 8-20-10

THE NON CRIMINAL FINE FOR THIS OFFENSE IS $100

EITHER OPTION (1) OR OPTION (2) WILL OPERATE AS A FINAL DISPOSITION WITH NO RESULTING CRIMINAL RECORD
(1) You may choose to pay the above fine, either by appearing in person or through a duly authorized agent, or by mailing a check, money order or postal note WITHIN 21 DAYS OF THE DATE OF THIS NOTICE TO:
CITY OF EVERETT, COLLECTOR'S OFFICE • 484 Broadway • Everett, MA 02149
(2) If you desire to contest this matter, you may do so by mailing a written request for a non criminal hearing and enclosing a copy of this citation, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE TO BOTH:
HEARING OFFICER, EVERETT CITY HALL • 484 BROADWAY • EVERETT, MA 02149 • ATTR: EVERETT 210 VIOLATIONS &
CODE ENFORCEMENT OFFICE, CITY OF EVERETT • 484 BROADWAY • EVERETT, MA 02149 • ATTR: Everett 210 Violations
If you fail to pay the above fine or request a hearing within 21 days, or if you fail to appear for the hearing or to
pay any fine determined at the hearing to be due, a criminal complaint may be issued against you.
I HEREBY ELECT THE FIRST OPTION above, confess the offense charge and enclose payment

In the amount of $ 100.00
I HEREBY REQUEST A NON CRIMINAL HEARING ON THIS MATTER

Signature_____

DEPARTMENT COPY

—

---

**CITY OF EVERETT**
**NOTICE OF VIOLATION**
**CITY ORDINANCE, BY-LAW, REGULATION**

CE No. 060

(Date of this Notice) SEPT 8  20 10

To: SCRAP IT / WENTWORTH + PEGONIS SR
_____(Name of Offender)_____

431 SECOND ST
_____(Address of Offender)_____

EVERETT, MA 02149
_____(City, State, Zip)_____

_____/_____
(S.S.# of Offender)          (D.O.B of Offender)

**YOU HAVE BEEN OBSERVED VIOLATING**

- ☐ No Dumpster Permit
- ☐ Overflowing Dumpster
- ☐ Blocked Egress/Ingress
- ☒ Accumulated Combustibles
- ☐ Litter on Property Rubbish

- ☐ Obstruction of a Public Way
- ☐ Rubbish Out too Early
- ☐ Fire Prevention Regulation
- ☒ Building/Zoning
- ☐ Other

Art: ZONING  Section 21 INDUS
_____(Specific ordinance, bylaws or regulation)_____ LIMITED

NO STORAGE OF MTLS OUTSIDE

OF BUILDINGS

At: 9 (A.M./P.M.) on 9-8-10
_____(time and date of violation)_____

431 SECOND ST
_____(place of violation)_____

JOHN FIELD
(Signature of Enforcing Person)

**I HEREBY ACKNOWLEDGE RECEIPT OF THE FOREGOING CITATION**

X_____

☒ Unable to obtain signature of offender.  Date Mailed 9-9-1

THE NON CRIMINAL FINE FOR THIS OFFENSE IS $ 300
EITHER OPTION (1) OR OPTION (2) WILL OPERATE AS A FINAL DISPOSITION WITH NO RESULTING CRIMINAL RECORD
(1) You may choose to pay the above fine, either by appearing in person or through a duly authorized agent, or by mailing a check, money order or postal note WITHIN 21 DAYS OF THE DATE OF THIS NOTICE TO:
CITY OF EVERETT, COLLECTOR'S OFFICE • 484 Broadway • Everett, MA 02149
(2) If you desire to contest this matter, you may do so by mailing a written request for a non criminal hearing and enclosing a copy of this citation, WITHIN 21 DAYS OF THIS NOTICE TO BOTH:
CLERK MAGISTRATE, MALDEN DISTRICT COURT • 89 Summer Street • Malden, MA 02148 • ATTR: Everett 210 Violations
AND
CODE ENFORCEMENT OFFICE, CITY OF EVERETT • 484 Broadway • Everett, MA 02149 • ATTR: Everett 210 Violations
If you fail to pay the above fine or request a hearing within 21 days, or if you fail to appear for the hearing or to
pay any fine determined at the hearing to be due, a criminal complaint may be issued against you.
I HEREBY ELECT THE FIRST OPTION above, confess the offense charge and enclose payment

In the amount of $_____
I HEREBY REQUEST A NON CRIMINAL HEARING ON THIS MATTER

Signature_____

DEPARTMENT COPY

— —

## Left form

**NOTICE OF VIOLATION**
**CITY ORDINANCE, BY-LAW, REGULATION**

CE No. 00028

(Date of this Notice) 09-09 20 1 >

To: SCRAP-IT - WENTWORTH
(Name of Offender)

431 SECOND ST
(Address of Offender)

EVERETT MA 02149
(City, State, Zip)

_____ / _____
(S.S. # of Offender)        (D.O.B of Offender)

**YOU HAVE BEEN OBSERVED VIOLATING**

- ☐ No Dumpster Permit
- ☐ Overflowing Dumpster
- ☐ Blocked Egress/Ingress
- ☐ Accumulated Combustibles
- ☐ Litter on Property Rubbish
- ☐ Obstruction of a Public Way
- ☐ Rubbish Out too Early
- ☐ Fire Prevention Regulation
- ☐ Building/Zoning
- ☑ Other

Art: ZONING Section 21
(Specific ordinance, bylaws or regulation)

BOARD OF ALDERMAN

LICENSE RESTRICTIONS

At: 9 AM (A.M./P.M.) on 8-9-10
(time and date of violation)

431 SECOND ST
(place of violation)

JOHN FIELD
(Signature of Enforcing Person)

**I HEREBY ACKNOWLEDGE RECEIPT OF THE FOREGOING CITATION**

X _____

☑ Unable to obtain signature of offender.   Date Mailed 8-9-10

THE NON CRIMINAL FINE FOR THIS OFFENSE IS $ 750

EITHER OPTION (1) OR OPTION (2) WILL OPERATE AS A FINAL DISPOSITION WITH NO RESULTING CRIMINAL RECORD
(1) You may choose to pay the above fine, either by appearing in person or through a duly authorized agent, or by mailing a check, money order or postal note WITHIN 21 DAYS OF THE DATE OF THIS NOTICE TO:
   CITY OF EVERETT, COLLECTOR'S OFFICE • 484 Broadway • Everett, MA 02149
(2) If you desire to contest this matter, you may do so by mailing a written request for a non criminal hearing and enclosing a copy of this citation, WITHIN 21 DAYS OF THIS NOTICE TO BOTH:
CLERK MAGISTRATE, MALDEN DISTRICT COURT • 89 Summer Street • Malden, MA 02148 • ATTN: Everett 21D Violations AND
CODE ENFORCEMENT OFFICE, CITY OF EVERETT • 484 Broadway • Everett, MA 02149 • ATTN: Everett 21D Violations

If you fail to pay the above fine or request a hearing within 21 days, or if you fail to appear for the hearing or to pay any fine determined at the hearing to be due, a criminal complaint may be issued against you.
I HEREBY ELECT THE FIRST OPTION above, contest the offense charge and enclose payment

In the amount of $ _____

I HEREBY REQUEST A NON CRIMINAL HEARING ON THIS MATTER.

Signature _____

**DEPARTMENT COPY**

---

## Right form

**CITY OF EVERETT**
**NOTICE OF VIOLATION**
**CITY ORDINANCE, BY-LAW, REGULATION**

CE No. 06029

(Date of this Notice) 8-16 20 10

To: SCRAP-IT/WENTWORTH
(Name of Offender)

431 SECOND ST
(Address of Offender)

EVERETT MA 02149
(City, State, Zip)

_____ / _____
(S.S. # of Offender)        (D.O.B of Offender)

**YOU HAVE BEEN OBSERVED VIOLATING**

- ☐ No Dumpster Permit
- ☐ Overflowing Dumpster
- ☐ Blocked Egress/Ingress
- ☐ Accumulated Combustibles
- ☐ Litter on Property Rubbish
- ☐ Obstruction of a Public Way
- ☐ Rubbish Out too Early
- ☐ Fire Prevention Regulation
- ☑ Building/Zoning
- ☑ Other

Art: ZONING Section 21
(Specific ordinance, bylaws or regulation)

BOARD OF ALDERMAN

LICENSE RESTRICTIONS

At: 10 (A.M./P.M.) on 8-16-10
(time and date of violation)

431 SECOND ST
(place of violation)

JOHN FIELD
(Signature of Enforcing Person)

**I HEREBY ACKNOWLEDGE RECEIPT OF THE FOREGOING CITATION**

X _____

☐ Unable to obtain signature of offender.   Date Mailed _____

THE NON CRIMINAL FINE FOR THIS OFFENSE IS $ 750

EITHER OPTION (1) OR OPTION (2) WILL OPERATE AS A FINAL DISPOSITION WITH NO RESULTING CRIMINAL RECORD
(1) You may choose to pay the above fine, either by appearing in person or through a duly authorized agent, or by mailing a check, money order or postal note WITHIN 21 DAYS OF THE DATE OF THIS NOTICE TO:
   CITY OF EVERETT, COLLECTOR'S OFFICE • 484 Broadway • Everett, MA 02149
(2) If you desire to contest this matter, you may do so by mailing a written request for a non criminal hearing and enclosing a copy of this citation, WITHIN 21 DAYS OF THIS NOTICE TO BOTH:
CLERK MAGISTRATE, MALDEN DISTRICT COURT • 89 Summer Street • Malden, MA 02148 • ATTN: Everett 21D Violations AND
CODE ENFORCEMENT OFFICE, CITY OF EVERETT • 484 Broadway • Everett, MA 02149 • ATTN: Everett 21D Violations

If you fail to pay the above fine or request a hearing within 21 days, or if you fail to appear for the hearing or to pay any fine determined at the hearing to be due, a criminal complaint may be issued against you.
I HEREBY ELECT THE FIRST OPTION above, contest the offense charge and enclose payment

In the amount of $ _____

I HEREBY REQUEST A NON CRIMINAL HEARING ON THIS MATTER.

Signature _____

**DEPARTMENT COPY**

Samuel Street
Malden, Ma. 02148
(781) 322-7500

**VIOLATION NOTICE**

**BRING THIS NOTICE WITH YOU** ~~[illegible]~~

Violator's Name & Address:

Sciapir-Wentworth
Precious Metal
431 Second St
Everett

Date & Time of Hearing:

November 22, 2010
11:30

*WARNING: FAILURE TO APPEAR MAY RESULT IN THE ISSUANCE OF A CRIMINAL COMPLAINT*

On the above captioned date a hearing will be held on the citation noted below. The hearing will be conducted in the Magistrate's hearing room on the second floor of the courthouse. For directions to the court, call (781) 322-7500 and press #2 for the voice attendant direction service.

If any party requires a witness to testify at the hearing, it is the party's responsibility to make arrangements to assure the witness's attendance at the hearing.

CITY OF EVERETT
NOTICE OF VIOLATION
CITY ORDINANCE, BY-LAW, REGULATION

CE No. 06031

**YOU HAVE BEEN OBSERVED VIOLATING**

☐ No Dumpster Permit
☐ Overflowing Dumpster
☐ Blocked Egress/Ingress
☐ Accumulated Rubbish
☐ Litter on Property
☐ Obstruction
☐ Obstruction of a Public Way
☐ Rubbish Out too Early
☐ Fire Prevention Regulation
☐ Building/Zoning
☐ Other

Article _____ Section _____

At: _____

____ (A.M./P.M.) on _____

I HEREBY ACKNOWLEDGE RECEIPT OF THE FOREGOING CITATION

X ☐ Unable to obtain signature of offender.

Signature of offender: _____   Date Mailed _____

THE NON CRIMINAL FINE FOR THIS OFFENSE IS $ _____

**OFFENDER'S COPY**

I HEREBY REQUEST A NON CRIMINAL HEARING ON THIS MATTER

I HEREBY ELECT THE FIRST OPTION

Signature _____

---

RECEIVED
2010 SEP -9 P [illegible]
[illegible]

**COURT USE ONLY**

| Date | Counts | Process Issued/Denied/Other | Clerk |
|------|--------|------------------------------|-------|
|      |        |                              |       |
|      |        |                              |       |
|      |        |                              |       |
|      |        |                              |       |

Continuances:

# CITY OF EVERETT
# CODE ENFORCEMENT

November 3, 2010

Scrap-it/ Wentworth
431 Second St
Everett, MA 02149

A surcharge of $50.00 has been added to your account for failure to pay the violation in the required 21-day period. You have an outstanding balance of $1,375.00. The following invoices are overdue:

| Invoice | | | | | | |
|---|---|---|---|---|---|---|
| Invoice | 08/24/2010 | 6028 | | 09/14/2010 | 25.00 | 25.00 |
| Invoice | 08/24/2010 | 6029 | | 09/14/2010 | 150.00 | 150.00 |
| Invoice | 08/30/2010 | 6031 | | 09/20/2010 | 100.00 | 100.00 |
| Invoice | 09/09/2010 | 6032 | | 09/30/2010 | 300.00 | 300.00 |
| Invoice | 09/29/2010 | FC-2451 | | 10/20/2010 | 50.00 | 50.00 |
| Invoice | 09/29/2010 | FC-2452 | | 10/20/2010 | 50.00 | 50.00 |
| Invoice | 10/06/2010 | FC-2460 | SURCHARGE ON TICKET # 6031 | 10/27/2010 | 50.00 | 50.00 |
| Invoice | 10/08/2010 | FC-2468 | SURCHARGE ON TICKET # 6032 | 10/29/2010 | 50.00 | 50.00 |
| Invoice | 11/03/2010 | FC-2516 | | 11/24/2010 | 300.00 | 300.00 |
| Invoice | 11/03/2010 | FC-2517 | | 11/24/2010 | 300.00 | 300.00 |
| | | | | | 1,375.00 | 1,375.00 |
| | | | | | 1,375.00 | 1,375.00 |

Your payment of the above amount can be sent to:
CITY OF EVERETT, COLLECTOR'S OFFICE
484 BROADWAY, EVERETT, MA 02149. Checks can be made to the City of Everett.

If you have already sent payment in full, we ask that you call and let us know. Otherwise, please call me to discuss what you plan to do to settle your account.

Thank you for your prompt attention to this matter.

Sincerely,

Frank Nuzzo Jr.
Director
617-394-2249