

# CITY OF EVERETT
## BUILDING DEPARTMENT
### 484 BROADWAY, ROOM 29
## EVERETT, MASSACHUSETTS 02149

### PHONE 617-394-2220     FAX 617-394-2433

| | | |
|---|---|---|
| **JOHN F. FIELD**<br>**INSPECTOR OF BUILDINGS**<br>617-394-2224 | **JOHN A. POMER**<br>**INSPECTOR OF PLUMBING**<br>**& GAS FITTING**<br>617-394-2223 | **MICHAEL P. DESMOND**<br>**LOCAL BUILDING INSPECTOR**<br>617-394-2222 |

Tuesday, October 19, 2010

Wentworth Precious Metals, LLC
431 Second Street
Everett, MA 02149

RE: Notice of Violation at 431 Second Street, Everett, MA 02149

To Whom It May Concern:

This letter serves to inform you that the City is aware of a possible zoning violation at Wentworth Precious Metals, 431 Second Street, Everett, MA. Specifically, it is alleged that the operations at Wentworth Precious Metals, 431 Second St., Everett, MA violate Section 21 of the Revised Zoning Ordinances of the City of Everett; subsection 7, which requires that Heavy Manufacturing operations receive a special permit granted by the City of Everett Zoning Board of Appeals. Further, storage of goods or materials must be inside a building. A copy of Section 21 is attached.

The City understands that work may be necessary to comply with the Zoning Ordinance. Consequently, the City will stay Issuing Notices of Violations for continuing operations equal to the present for one year from receipt of this letter to allow you to:

    a) Receive zoning relief from the Zoning Board of Appeals, or
    b) Come into compliance with the Ordinance. All permits and certificates of occupancy will have been issued by the City of Everett and all work shall be complete to make the operation compliant.

After the one year, if your operation has failed to obtain either the necessary special permits and zoning relief or come into compliance with the Zoning requirements, the City will begin enforcement of the Ordinance in accordance with the law, by any means available, including, but not limited to, fines, revocation of any City of Everett licenses, injunctions or Notices of Cease and Desist. Please be advised that each day a violation exists is a separate violation.

Thank you in advance for your cooperation in this matter. If you have any questions or concerns, please feel free to contact me.

Sincerely,

John Field
Inspector of Buildings

Malden, Ma 02148
(781) 322-7500

VIOLATION NOTICE

**BRING THIS NOTICE WITH YOU**

Violator's Name & Address:

Scrapit-
Wentworth Precious Metals
431 Second St.
Everett, MA 02149

Date & Time of Hearing:

Sept 20, 2010
11:30 AM

WARNING: FAILURE TO APPEAR MAY RESULT IN THE ISSUANCE OF A CRIMINAL COMPLAINT

On the above captioned date a hearing will be held on the citation noted below. The hearing will be conducted in the Magistrate's hearing room on the second floor of the courthouse. For directions to the court, call (781) 322-7500 and press #2 for the voice attendant direction service.

If any party requires a witness to testify at the hearing, it is the party's responsibility to make arrangements to assure the witness's attendance at the hearing.

CITY OF EVERETT
NOTICE OF VIOLATION
CITY ORDINANCE, BY-LAW, REGULATION

CE NO. 000229

(Date of this Notice)                    20

To:

(Name of Violator)

(Address of Violator)

(City, State, Zip)

YOU HAVE BEEN OBSERVED VIOLATING

☐ No Dumpster Permit            ☐ Obstruction of a Public Way
☐ Overflowing Dumpster          ☐ Rubbish Out too Early
☐ Blocked Egress/Ingress        ☐ Fire Prevention Regulation
☐ Accumulated Combustibles      ☐ Building/Zoning
☐ Litter on Property Rubbish    ☐ Other

(Specify ordinance, by-law or regulation)

An:                              Section

At:

(Place of violation)

_____ (A.M./P.M.) on _____
(time and date of violation)

X _____
(Signature of Delivering Person)
☐ Unable to obtain signature of offender

I HEREBY ACKNOWLEDGE RECEIPT OF THE FOREGOING CITATION

_____        Date Mailed: _____
(Signature of offender)

THE NON CRIMINAL FINE FOR THIS OFFENSE IS $ _____
EITHER (1) PAY THE ABOVE FINE - EITHER IN PERSON WITH NO LESS THAN COIN. & RECORD
(1) You may choose to pay the above fine  either by appearing in person through a duly authorized agent, or
by mailing a check, money order or postal note WITHIN 21 DAYS OF THE DATE OF THIS NOTICE TO
CITY OF EVERETT COLLECTORS OFFICE • 484 Broadway • Everett, MA 02149
(2) If you contest responsibility, you may do so by making a written request for a noncriminal hearing
and enclosing a copy of this notice, WITHIN 21 DAYS OF THIS NOTICE TO BOTH:
CODE ENFORCEMENT OFFICE CITY OF EVERETT • 484 Broadway • Everett, MA 02149 • ATTN: Everett 210 Violators,
pay on fine determined or you request a hearing within 21 days, or if you fail to appear for the hearing or to
CLERK MAGISTRATE, MALDEN DISTRICT COURT • 89 Summer Street • Malden, MA 02148 • ATTN: Everett 210 Violators
AND
(3) You choose to pay the above fine after the abate within 21 days
I HEREBY ELECT THE FIRST OPTION above (accept) the offense charge and enclose payment
in the amount of $ _____

I HEREBY REQUEST NON CRIMINAL HEARING ON THIS MATTER
_____ OFFENDER'S COPY
Signature

**COURT USE ONLY**

| Date | Counts | Process Issued/Denied/Other | | Clerk |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Ordinances:

(781) 322-7500

**VIOLATION NOTICE**

**BRING THIS NOTICE WITH YOU**

Violator's Name & Address:

Scrapit-
Wentworth Precious Metals
431 Second St.
Everett, MA
02149

Date & Time of Hearing:

Sept 20, 2010
11:30 AM

*WARNING: FAILURE TO APPEAR MAY RESULT IN THE ISSUANCE OF A CRIMINAL COMPLAINT*

On the above captioned date a hearing will be held on the citation noted below. The hearing will be conducted in the Magistrate's hearing room on the second floor of the courthouse. For directions to the court, call (781) 322-7500 and press #2 for the voice attendant direction service.

If any party requires a witness to testify at the hearing, it is the party's responsibility to make arrangements to assure the witness's attendance at the hearing.

NOTICE OF VIOLATION
CITY OF VIOLATION
CITY ORDINANCE, BY-LAW, REGULATION
CE NO. C 0

(Date of this Notice)                    20

To:

(Name of Offender)

(Address of Offender)

(City, State, Zip)

YOU HAVE BEEN OBSERVED VIOLATING
☐ No Dumpster Permit          ☐ Obstruction
☐ Overflowing Dumpster        ☐ Obstruction of a Public Way
☐ Blocked Egress/Ingress      ☐ Rubbish Out too Early
☐ Accumulated Combustibles    ☐ Fire Prevention Regulation
☐ Litter on Property Rubbish  ☐ Building/Zoning
                              ☐ Other

At:

(place of violation)

At:

(A.M./P.M.) on

(time, and date of violation)

Art:

(Specific ordinance, by-law or regulation)          Section

I HEREBY ACKNOWLEDGE RECEIPT OF THE FOREGOING CITATION

X

(Signature of Citing Officer)

☐ Unable to obtain signature of offender

Date Mailed

**COURT USE ONLY**

Process Issued/Denied/Other

Date                    Counts                                                        Clerk

Ordinances:



# CITY OF EVERETT
## BUILDING DEPARTMENT
484 BROADWAY, ROOM 29
### EVERETT, MASSACHUSETTS 02149

PHONE 617-394-2220     FAX 617-394-2433

| JOHN F. FIELD | JOHN A. POMER | |
|---|---|---|
| INSPECTOR OF BUILDINGS | INSPECTOR OF PLUMBING | MICHAEL P. DESMOND |
| 617-394-2224 | & GAS FITTING | LOCAL BUILDING INSPECTOR |
| | 617-394-2223 | 617-394-2222 |

First Class and Certified Mail

Monday, August 30, 2010

RE: 0 Terminal St. also known as 431 Second Street, Everett, MA
     Field Inspection/violation of Zoning Ordinance
Map: K00006 Parcel: 000093-01

Wentworth Precious Metals, LLC
Joseph P. Marchese, Jr
221 Beach Street
Revere, MA 02150

Mr. Marchese,

The premises known as Soraph-Wentworth Precious Metals, LLC was inspected on Thursday, August 26, 2010 at 9:00, and found to be in violation of the City of Everett Zoning Ordinance (a copy of which is attached). Specifically, operations and storage of materials is being conducted outside of any buildings.

You are hereby notified that each day the operations and/or storage of materials are conducted outside of a building will result in fines in accordance with City of Everett Ordinance. See below.

> Part IV Revised Ordinances
> Section 1-8. General penalty.
> (a) Whoever violates a provision of this Revision or any other ordinance or by-law of the city, whereby an act or thing is enjoined or prohibited, shall, unless other provisions are expressly made, be liable to a penalty for the first offense a twenty-five dollar ($25.00) fine, second offense a fifty dollar ($50.00) fine, third offense a one hundred dollar ($100.00) fine, and fourth and subsequent offenses a three hundred dollar ($300.00) fine.
> (b) If any violation continues, each day's violations shall be deemed a separate violation.
> (c) Such violation shall be noticed in the form of a ticket written by an enforcement agent under the authority of the Non Criminal Disposition Ordinance under Article II of these Revised Ordinances. (Rev. Ords. 1976, Pt. 2, Ch. 1, § 8; Ord. of 03-18-2004)
> 5
> Charter reference(s)—Authority of city council to prescribe penalties for violation of municipal ordinances, § 22.
> State law reference(s)—Penalty authorized, M.G.L.A. c. 40, § 21.

Attached is City of Everett Notice of Violation CE No. 06031. The non-criminal fine for this offense is $100.00. Each fine after today will be in the amount of $300.00.

In your August 27 correspondence to this office, you mention that you plan to enclose the operation behind a fence constructed from concrete blocks and other barriers. Please remember that, per 780 CMR State Building Code, the work of constructing these barriers may require a building permit and the requisite

construction documents. Also, situating the operation behind a barrier will not serve to make the operation compliant with the Zoning Ordinance. The requirements of the City of Everett Zoning Ordinance are clear; operations and/or storage outside are not allowed.

At our May 26, 2010 meeting in my office, you showed me a sketch showing a large building and site layout and you indicated that you were negotiating with an abutter to purchase additional land and that plans were being developed to enclose the entire operation. On August 5, 2010, you submitted a sketch showing the entire operation enclosed in a 225 feet by 100 feet building.

Why, in your correspondence of August 27, 2010, do you now propose to build a wall around the operation, rather than construct a large building that would keep the operations inside?

Again, your operation is in non-compliance. You must discontinue the use, as presently used, modify the Allowed Uses for the Industrial Limited District, modify the operation to use the existing structure as was originally permitted, submit to this office an agreement to enclose the operation in a building or face the possibility of continued enforcement actions.

Please refer also to M.G.L. 40 A The Zoning Act Section 8.

Sincerely,

John F. Fields
Inspector of Buildings
City of Everett
484 Broadway
Everett, MA 02149

CC: File, City Clerk, Board of Aldermen, Fire Prevention, Code Enforcement and Mayor's Office
ENC: copy of ticket; copy of Zoning Ordinance Industrial Limited District

CE No. 06031

## CITY OF EVERETT
## NOTICE OF VIOLATION
## CITY ORDINANCE, BY-LAW, REGULATION

(Date of this Notice) 02-27-12  20 ___

To: SCAHILL ENTERPRISES
(Name of Person)

431 SECOND ST
(Address of Owner)

EVERETT MA 2149
(City, State, Zip)

BE IT ORDAINED

YOU HAVE BEEN OBSERVED VIOLATING

- ☐ No Dumpster Permit
- ☐ Overflowing Dumpster
- ☐ Blocked Egress/Ingress
- ☐ Accumulated Combustibles
- ☐ Litter on Property Rubbish
- ☐ Obstruction of a Public Way
- ☐ Rubbish Out too Early
- ☐ Fire Prevention Regulation
- ☐ Building/Zoning
- ☐ Other

Art: Zoning          Section 21 14896. LWD

INDUSTRIAL WASTE/EMPTIES

NO STORAGE OUTSIDE OF BUILDING
FROM AUGUST 27, 2010

At: Gas   (A.M./P.M.) on _____
(Time of Offense)      (Date and Day of Offense)

431 SECOND STREET
(Place of Offense)

JOHN FIELD
(Name of Officer)

X _____
I HEREBY ACKNOWLEDGE RECEIPT OF THE FORESAID CITATION

☐ Unable to obtain signature of offender.

THE NON CRIMINAL FINE FOR THIS OFFENSE IS $ ___

I HEREBY DECLARE A NONCRIMINAL REFUND OF THIS WATER

In the event of [text obscured]
I HEREBY DECLARE A NONCRIMINAL REFUND OF THIS WATER
Signature _____

Date Mailed 3/2010

OFFENDER'S COPY



# CITY OF EVERETT
## BUILDING DEPARTMENT
### 484 BROADWAY, ROOM 29
## EVERETT, MASSACHUSETTS 02149

### PHONE 617-394-2220    FAX 617-394-2433

**JOHN F. FIELD**
INSPECTOR OF BUILDINGS
617-394-2224

**JOHN A. POMER**
INSPECTOR OF PLUMBING
& GAS FITTING
617-394-2223

**MICHAEL P. DESMOND**
LOCAL BUILDING INSPECTOR
617-394-2222

First Class and Certified Mail

Monday, August 30, 2010

RE: 0 Terminal St. also known as 431 Second Street. Everett, MA
    Field inspection/violation of Zoning Ordinance
Map: K00006 Parcel: 000093-01

Wentworth Precious Metals, LLC
Joseph P. Marchese, Jr
221 Beach Street
Revere, MA 02150

Mr. Marchese,

The premises known as Scrapit-Wentworth Precious Metals, LLC was inspected on Thursday, August 26, 2010 at 9:00, and found to be in violation of the City of Everett Zoning Ordinance (a copy of which is attached). Specifically, operations and storage of materials is being conducted outside of any buildings.

You are hereby notified that each day the operations and/or storage of materials are conducted outside of a building will result in fines in accordance with City of Everett Ordinance. See below.

*Part IV Revised Ordinances*
*Section 1-8. General penalty.*
(a) Whoever violates a provision of this Revision or any other ordinance or by-law of the city, whereby an act or thing is enjoined or prohibited, shall, unless other provisions are expressly made, be liable to a penalty for the first offense a twenty-five dollar ($25.00) fine, second offense a fifty dollar ($50.00) fine, third offense a one hundred dollar ($100.00) fine, and fourth and subsequent offenses a three hundred dollar ($300.00) fine.
(b) If any violation continues, each day's violations shall be deemed a separate violation.
(c) Such violation shall be noticed in the form of a ticket written by an enforcement agent under the authority of the Non Criminal Disposition Ordinance under Article II of these Revised Ordinances. (Rev. Ords. 1976, Pt. 2, Ch. 1, § 8; Ord. of 03-18-2004)
5
Charter reference(s)—Authority of city council to prescribe penalties for violation of municipal ordinances, § 22.
State law reference(s)—Penalty authorized, M.G.L.A. c. 40, § 21.

Attached is City of Everett Notice of Violation CE No. 06031. The non-criminal fine for this offense is $100.00. Each fine after today will be in the amount of $300.00.

In your August 27 correspondence to this office, you mention that you plan to enclose the operation behind a fence constructed from concrete blocks and other barriers. Please remember that, per 780 CMR State Building Code, the work of constructing these barriers may require a building permit and the requisite

construction documents. Also, situating the operation behind a barrier will not serve to make the operation compliant with the Zoning Ordinance. The requirements of the City of Everett Zoning Ordinance are clear; operations and/or storage outside are not allowed.

At our May 24, 2010 meeting in my office, you showed me a sketch showing a large building and site layout and you indicated that you were negotiating with an abutter to purchase additional land and that plans were being developed to enclose the entire operation. On August 5, 2010, you submitted a sketch showing the entire operation enclosed in a 228 feet by 100 feet building.

Why, in your correspondence of August 27, 2010, do you now propose to build a wall around the operation, rather than construct a large building that would keep the operations inside?

Again, your operation is in non-compliance. You must discontinue the use, as presently used, modify the Allowed Uses for the Industrial Limited District, modify the operation to use the existing structure-as was originally permitted, submit to this office an agreement to enclose the operation in a building or face the possibility of continued enforcement actions.

Please refer also to M.G.L. 40 A The Zoning Act Section 8.


Sincerely,

John F. Field
Inspector of Buildings
City of Everett
484 Broadway
Everett, MA 02149


CC: File, City Clerk, Board of Alderman, Fire Prevention, Code Enforcement and Mayor's Office
ENC: copy of ticket, copy of Zoning Ordinance Industrial Limited District

CE No. 06031

# CITY OF EVERETT
## NOTICE OF VIOLATION
## CITY ORDINANCE, BY-LAW, REGULATION

(Date of this Notice) 08-27-19  20___

To: SCHIPP / (NEWBURYPORT)
    (Name of Offender)

431 SECOND ST.
(Address of Offender)

EVERETT MA 02144
(City, State, Zip)

_____/_____
(S.S. # of Offender)    (D.O.B # of Offender)

### YOU HAVE BEEN OBSERVED VIOLATING
- ☐ No Dumpster Permit
- ☐ Overflowing Dumpster
- ☐ Blocked Egress/Ingress
- ☐ Accumulated Combustibles
- ☐ Litter on Property Rubbish
- ☐ Obstruction of a Public Way
- ☐ Rubbish Out too Early
- ☐ Fire Prevention Regulation
- ☐ Building/Zoning
- ☐ Other

Art: ZONING         Section 21 INEUS. LIMIT.
     (Specific ordinance, bylaws or regulation)

RUN JUNK YARD USE W/OUT SP.

ON MAJOR PORTION OF SITE LAND

At: $50.=   ___(A.M./P.M.) on 08/27/19
           (time and date of violation)

431 SECOND STREET
(Place of Violation)

THIS FIELD

_____
(Signature of Enforcing Person)

I HEREBY ACKNOWLEDGE RECEIPT OF THE FOREGOING CITATION

X _____    Date Mailed 3/20/19

☐ Unable to obtain signature of offender.

THE NON CRIMINAL FINE FOR THIS OFFENSE IS $100.

EITHER OFFENDER OR OFFENDER WILL OPERATE AS A FINAL DISPOSITION WITH NO RESULTING CRIMINAL RECORD
by mailing a check, money order or cash as payment, either by appearing in person or through a duly authorized agent, to
CITY OF EVERETT, COLLECTOR'S OFFICE - 484 Broadway - Everett, MA 02149
and enclosing a copy of this matter, you may do so by mailing a written request to the named hearing
HEARING OFFICE, EVERETT CITY HALL - 484 BROADWAY - EVERETT, MA 02149 - WITHIN 21 DAYS OF THE DATE OF THIS NOTICE TO NOTIFY.
NON ENFORCEMENT OFFICE, CITY OF EVERETT - 484 BROADWAY - EVERETT, MA 02149 - WITHIN 21 DAYS OF THE DATE OF THIS NOTICE TO NOTIFY.
If you fail to pay the above fine or request a hearing within 21 days, or if you fail to appear for the hearing or to
I HEREBY ELECT THE FIRST OPTION above, continue the offense charge and enclose payment.

In the amount of $ _____
I HEREBY REQUEST A NON CRIMINAL HEARING ON THIS MATTER.

_____
Signature

OFFENDER'S COPY

CITY OF EVERETT
NOTICE OF VIOLATION
CITY ORDINANCE, BY-LAW, REGULATION

CE No. 06029

(Date of this Notice) 8-16 20 10

To: SCRAP-IT/WENTWORTH
(Name of Offender)

431 SECOND ST
(Address of Offender)

EVERETT MA 02149
(City, State, Zip)

_____ / _____
(S.S. # of Offender)         (D.O.B of Offender)

YOU HAVE BEEN OBSERVED VIOLATING

☐ No Dumpster Permit
☐ Overflowing Dumpster
☐ Blocked Egress/ingress
☐ Accumulated Combustibles
☐ Litter on Property Rubbish
☐ Obstruction of a Public Way
☐ Rubbish Out too Early
☐ Fire Prevention Regulation
☑ Building/Zoning
☑ Other

Art: ZONING          Section 21
(Specific ordinance, bylaws or regulation)

BOARD OF ALDERMAN
LICENSE RESTRICTIONS

At: 10          (A.M./P.M.) on 8-16-10
(time and date of violation)

431 SECOND ST
(place of violation)

JOHN FIELD
(Signature of Enforcing Person)

I HEREBY ACKNOWLEDGE RECEIPT OF THE FOREGOING CITATION

X _____

☐ Unable to obtain signature of offender.     Date Mailed _____

THE NON CRIMINAL FINE FOR THIS OFFENSE IS $ 750
EITHER OPTION (1) OR OPTION (2) WILL OPERATE AS A FINAL DISPOSITION WITH NO RESULTING CRIMINAL RECORD
(1) You may choose to pay the above fine, either by appearing in person or through a duly authorized agent, or
by mailing a check, money order or postal note WITHIN 21 DAYS OF THE DATE OF THIS NOTICE TO:
CITY OF EVERETT, COLLECTOR'S OFFICE • 484 Broadway • Everett, MA 02149
(2) If you desire to contest this matter, you may do so by making a written request for a non criminal hearing
and enclosing a copy of this citation, WITHIN 21 DAYS OF THIS NOTICE TO BOTH:
CLERK MAGISTRATE, MALDEN DISTRICT COURT • 89 Summer Street • Malden, MA 02148 • ATTN: Everett 21D Violations
AND
CODE ENFORCEMENT OFFICE, CITY OF EVERETT • 484 Broadway • Everett, MA 02149 • ATTN: Everett 21D Violations
If you fail to pay the above fine or request a hearing within 21 days, or if you fail to appear for the hearing or to
pay any fine determined at the hearing to be due, a criminal complaint may be issued against you.
I HEREBY ELECT THE FIRST OPTION above, contest the offense charge and enclose payment
In the amount of $ _____
I HEREBY REQUEST A NON CRIMINAL HEARING ON THIS MATTER.
Signature _____

DEPARTMENT COPY



# CITY OF EVERETT
## BUILDING DEPARTMENT
### 484 BROADWAY, ROOM 29
## EVERETT, MASSACHUSETTS 02149

### PHONE 617-394-2220    FAX 617-394-2433

| JOHN F. FIELD | JOHN A. POMER | MICHAEL P. DESMOND |
|---|---|---|
| INSPECTOR OF BUILDINGS | INSPECTOR OF PLUMBING | LOCAL BUILDING INSPECTOR |
| 617-394-2224 | & GAS FITTING | 617-394-2222 |
| | 617-394-2223 | |

Hand Delivered and Certified Mail

Friday, July 30, 2010

RE: field inspection/violation of Board of Alderman license restrictions
Map K00006 Parcel 000093-01

Wentworth Precious Metals, LLC
Joseph P. Marchese, Jr
221 Beach Street
Revere, MA 02150

Mr. Marchese,

The premises known as Scrapit-Wentworth Precious Metals, LLC, being a duly licensed Junk, Recovery and Recycling Facility, Board of Alderman License LN-2010-0222 was inspected on Friday, July 30, 2010, a copy of which is attached, and found to be in violation of the restrictions on above-mentioned License (a copy of which is attached). Specifically, operations and storage of materials is being conducted outside of any buildings.

Further, this operation is in violation of the City of Everett Zoning Ordinance Section 21-Industrial Limited District (a) Uses. Section 5 "Storage of goods in containers where all storage is contained within the building, not including storage of any raw or natural materials." You are hereby notified that each day the operations and storage of materials is conducted outside of a building will result in fines in accordance with City of Everett Zoning Ordinance Section 13. Specifically, "Whoever shall violate any provision of this Ordinance shall, for each offense, and for each and every day that such offense continues, shall be subject to a fine of not more than twenty dollars ($20.00)."

Also, within thirty days, you are hereby ordered to remove all outdoor storage and operations and move them to inside. If you fail to comply, I will seek to have the above-mentioned license revoked.

Sincerely,

*John Field*

John F. Field
Inspector of Buildings
City of Everett
484 Broadway
Everett, MA 02149

CC: File, City Clerk, Board of Alderman, Fire Prevention, Code Enforcement and Mayor's Office
ENC: copy of ticket, copy of board of alderman license

# Office of the City Solicitor
## Everett, Massachusetts

CITY SOLICITOR
Colleen M. Mejia

ASSISTANT CITY SOLICITORS
Jill M. Barringer
Marc J. Miller
Melissa A. Murphy



Everett City Hall
484 Broadway
Everett, MA 02149-3694

Phone (617) 394-2230
Fax (617) 394-2294

September 14, 2010

Joseph P Marchese
221 Beach Street
Revere, Massachusetts 02151

**Re:    Hearing Request for CE Nos. 06031 and 06032**

Dear Mr. Marchese:

I am in receipt of your request for an appeal of the above-referenced ticket. A hearing for this appeal has been scheduled for Monday, October 4, 2010 at 6:00 PM in Room 21 of Everett City Hall 484 Broadway.

Thank you for your attention to this matter.

Sincerely,

Colleen M. Mejia, Esq.
Hearing Officer

# EXHIBIT G

RECEIVED
CITY OF EVERETT
BUILDING DEPARTMENT

2009 FEB 13 A 11: 24

EX H. J.

---

MR. WILLIAM THIBEAULT

*cordially invites you to an Evening with our friend*

ALDERMAN-AT-LARGE

# CARLO DeMARIA

## CANDIDATE FOR MAYOR - CITY OF EVERETT

Tuesday, July 31, 2007 - 6:00 p.m.

Mount Vernon at the Wharf

*543 North Shore Road, Revere, Massachusetts*

*Suggested Donation: $250 - $500*

---

WILLIAM J. THIBEAULT
85 - 87 BOSTON STREET
EVERETT, MA 02149

July 18, 2007

RE: Carlo DeMaria Campaign Fund Raiser

Dear Friend and Associates,

I am enclosing an invitation to a cocktail party supporting Carlo DeMaria's bid for Mayor of Everett. It will be Tuesday, July 31 at 6:00 p.m and will be held at Mount Vernon at the wharf.

I would personally appreciate your donations and support of Carlo DeMaria's mayoral bid. I'm looking forward to seeing you there and please feel free to give me a call if you have any questions.

Thank you,

William Thibeault

THE COMMITTEE TO ELECT

# Mayor Carlo DeMaria, Jr.

cordially invites you to a

# Fall Friendship Night

Thursday, October 21, 2010

6:00 - 8:00 p.m.

### Anthony's of Malden

105 Canal Street, Malden, Massachusetts

Buffet - Open Bar

Donation: $250

"Please join us in supporting Mayor DeMaria"

www.carlo4everett.com

PAID FOR BY THE COMMITTEE TO ELECT CARLO DEMARIA JR, MAYOR, P. O. BOX 480781, EVERETT, MA 02149

# EXHIBIT H

# Form CPF M 102: Campaign Finance Report
## Municipal Form
### Office of Campaign and Political Finance

**Commonwealth of Massachusetts**

File with:
City or Town Clerk or Election Commission

RECEIVED

Please print or type all information, except signatures.

2007 OCT 30 P 3:36

**Fill in dates:**
Reporting Period Beginning _August 19, 2007_  Ending _October 29, 2007_

OCT 30 OFFICE
EVERETT, MA

**Type of report:** (Check one)
☐ 8th day preceding preliminary  ☑ 8th day preceding election  ☐ 30 day after election  ☐ year-end report  ☐ dissolution

_Carlo DeMaria_
**Full Name of Candidate (if applicable)**

_Mayor of Everett_
**Office Sought and District**

_121 Belmont Street_
**Residential Address**

_Everett, MA 02149_

**Tel. No. (optional)**

_Comm to Elect Carlo DeMaria_
**Committee Name**

_Thomas Dunn_
**Name of Committee Treasurer**

_121 Belmont Street_
**Committee Mailing Address**

_Everett, MA 02149_

**Tel. No. (optional)**

## SUMMARY BALANCE INFORMATION:

**Line 1: Ending balance from previous report**  $ _19,353.82_

**Line 2: Total receipts this period** (page 2, line 11)  $ _40,135.00_

**Line 3: Subtotal** (line 1 plus line 2)  $ _59,488.82_

**Line 4: Total expenditures this period** (page 3, line 14)  $ _53,481.06_

**Line 5: Ending balance** (line 3 minus line 4)  $ _6,007.76_

**Line 6: Total in-kind contributions this period** (page 4)  $ _0_

**Line 7: Total (all) outstanding liabilities** (page 4)  $ _0_

**Line 8: Name of bank(s) used** _Everett Co-Operative Bank_

**Affidavit of Committee Treasurer:**
I certify that I have examined this report including attached schedules and it is, to the best of my knowledge and belief, a true and complete statement of all campaign finance activity, including all contributions, loans, receipts, expenditures, disbursements, in-kind contributions and liabilities for this reporting period and represents the campaign finance activity of all persons acting under the authority or on behalf of this committee in accordance with the requirements of M.G.L. c. 55.
Signed under the penalties of perjury:

Treasurer's signature (in ink)  _10/30/07_
Date

## FOR CANDIDATE FILINGS ONLY: (CANDIDATE MUST SIGN BELOW)

**Affidavit of Candidate:** (check 1 box only)
☐ Candidate with Committee and no activity independent of the committee
I certify that I have examined this report including attached schedules and it is, to the best of my knowledge and belief, a true and complete statement of all campaign finance activity, of all persons acting under the authority or on behalf of this committee in accordance with the requirements of M.G.L c. 55. I have not received any contributions, incurred any liabilities nor made any expenditures on my behalf during this reporting period.
☐ Candidate without Committee **OR** Candidate with independent activity filing separate report
I certify that I have examined this report including attached schedules and it is, to the best of my knowledge and belief, a true and complete statement of all campaign finance activity, including contributions, loans, receipts, expenditures, disbursements, in-kind contributions and liabilities for this reporting period and represents the campaign finance activity of all persons acting under the authority or on behalf of this committee in accordance with the requirements of M.G.L. c 55.
Signed under the penalties of perjury:

_Carlo D. Maria_
Candidate signature (in ink)  _11/2/07_
Date

# SCHEDULE A: RECEIPTS

*M.G.L. c. 55 requires that the name and residential address be reported, in alphabetical order, for all receipts over $50 in a calendar year. Committees must keep detailed accounts and records of all receipts, but need only itemize those receipts over $50. In addition the occupation and employer must be reported for all persons who contribute $200 or more in a calendar year.*

This page may be copied if additional pages are required to report all receipts. Please include your committee name and a page number on each page.

| Date Received | Name and Residential Address (alphabetical listing required) | Amount | | Occupation & Employer (for contributions of $200 or more) |
|---|---|---|---|---|
| | | | | |
| | SEE ATTACHED SCHEDULE A | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Line 9: Total receipts in excess of $50 (or listed above) | | 40,135 | 00 | |
| Line 10: Total receipts $50 and under* (not listed above) | | | | |
| Line 11: TOTAL RECEIPTS IN THE PERIOD | | 40,135 | 00 | Enter on page 1, line 2 |

* If you have itemized receipts of $50 and under include them in line 9. Line 10 should include only those receipts not itemized above.

Page 2

# SCHEDULE B: EXPENDITURES

*M.G.L. c. 55 requires committees to list, in alphabetical order, all expenditures over $50 in a reporting period. Committees must keep detailed accounts and records of all expenditures, but need only itemize those over $50. Expenditures $50 and under may be added together, from committee records, and reported on line 13.*

This page may be copied if additional pages are required to report all expenditures. Please include your committee name and a page number on each page.

| Date Paid | To Whom Paid (alphabetical listing) | Address | Purpose of Expenditure | Amount | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | SEE Attached Schedule B | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | Line 12: Expenditures over $50 | | 53 471 | 06 |
| | | Line 13: Expenditures $50 and under* | | | |
| | | Line 14: TOTAL EXPENDITURES | | 53 471 | 06 |

Enter on page 1, line 4

*If you have itemized expenditures of $50 and under, include them in line 12. Line 13 should include only those expenditures not itemized above.

**IN-KIND CONTRIBUTIONS**

Please itemize contributors who have made in-kind contributions of more than $50. In-kind contributions $50 and under may be added together from the committee's records and included in line 16.

| Date Received | From Whom Received* | Residential Address | Description of Contribution | Value |
|---|---|---|---|---|
| | | | | |
| | | *NONE* | | |
| | | | | |
| | | | | |

| | | |
|---|---|---|
| Line 15: In-kind over $50 | | |
| Line 16: In-kind $50 and under | | |
| Line 17: Total In-kind | | |

Enter on page 1, line 6

* If an in-kind contribution is received from a person who contributes more than $50 in a calendar year, you must report the name and address of the contributor; in addition, if the contribution is $200 or more, you must also report the contributor's occupation and employer.

## SCHEDULE D: LIABILITIES

*M.G.L. c. 55 requires committees to report ALL liabilities which have been reported previously and are still outstanding, as well as those liabilities incurred during this reporting period.*

| Date Incurred | To Whom Due | Address | Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| | | *NONE* | | |
| | | | | |
| | | | | |
| | | | | |

Enter on page 1, line 7

| Line 18: OUTSTANDING LIABILITIES (ALL) | |
|---|---|

This page may be copied if additional pages are required to report all activity. Please include your committee name and a page number on each page.

# Committee To Elect Carlo DeMaria

## Schedule B: Expenditures

| Date Paid | To Whom Paid | Address | Purpose of Expenditure | Amount | Check # |
|---|---|---|---|---|---|
| 09/25/07 | Advocate Newspapers | 568 Broadway, Everett MA | Advertising | 400.00 | 242 |
| 09/17/07 | Angelo Catering | 316 Main Street, Everett MA | Food (Primary Night) | 727.75 | 229 |
| 09/13/07 | Art-Tone Studio | 632 Beach Street, Revere MA 02151 | Signs/Bumper Stickers | 1,255.00 | 191 |
| 08/29/07 | Brian Zaniboni | 5 Greenway Road, Middleton MA | Consultant | 300.00 | 172 |
| 09/15/07 | Brian Zaniboni | 5 Greenway Road, Middleton MA | Consultant | 300.00 | 223 |
| 09/20/07 | Brian Zaniboni | 5 Greenway Road, Middleton MA | Consultant | 450.00 | 232 |
| 09/28/07 | Brian Zaniboni | 5 Greenway Road, Middleton MA | Consultant | 300.00 | 250 |
| 10/05/07 | Brian Zaniboni | 5 Greenway Road, Middleton MA | Consultant | 300.00 | 196 |
| 10/12/07 | Brian Zaniboni | 5 Greenway Road, Middleton MA | Consultant | 300.00 | 206 |
| 10/19/07 | Brian Zaniboni | 5 Greenway Rd, Middleton MA | Consultant | 300.00 | 216 |
| 09/20/07 | Broadview Networks | PO Box 149, Port Chester NY | Utilities | 288.49 | 234 |
| 10/09/07 | Broadview Networks | PO Box 149, Port Chester NY | Utilities | 309.26 | 200 |
| 09/20/07 | Bucci food Market | 100 Summer St, Everett MA | Food (Primary Day) | 203.62 | 233 |
| 09/26/07 | Carmine DeMaria | Central Ave, Everett MA | Office Supplies | 73.49 | 245 |
| 09/13/07 | Comm To Elect Maria Carrasco | | Campaign Donation | 50.00 | 190 |
| 09/16/07 | Comm To Elect Mike Mangan | | Political Contribution | 150.00 | 224 |
| 09/07/07 | Crest Printing | 49 Eastern Ave, Chelsea MA | Printing | 141.75 | 185 |
| 09/17/07 | Crest Printing | 49 Eastern Ave, Chelsea MA 02149 | Printing | 714.00 | 225 |
| 10/02/07 | Crest Printing | 49 Eastern Ave, Chelsea MA | Printing | 992.25 | 193 |
| 08/31/07 | Everett Advocate | Broadway, Everett MA 02149 | Advertising | 426.00 | 177 |
| 10/15/07 | Everett Advocate | Broadway, Everett MA 02149 | Advertising | 400.00 | 211 |
| 10/04/07 | Everett Co-operative Bank | 419 Broadway, Everett MA 02149 | Bank Charge | 3.00 | |
| 09/26/07 | Everett Kiwanis Club | Broadway, Everett MA 02149 | Donation | 100.00 | 244 |
| 08/31/07 | Everett Leader Herald | 28 Church Street, Everett MA | Advertising | 600.00 | 178 |
| 09/26/07 | Everett Leader Herald | 28 Church Street, Everett MA | Advertising | 300.00 | 240 |
| 09/25/07 | Everett Leader Herald | 28 Church Street, Everett MA | Advertising | 600.00 | 241 |
| 10/11/07 | Fire Victims Benefit | | Donation | 40.00 | 205 |
| 09/25/07 | Independent Newspaper | Broadway, Revere MA | Advertising | 390.00 | 238 |
| 09/25/07 | Independent Newspaper | Broadway, Revere MA | Advertising | 819.00 | 243 |
| 10/15/07 | Independent Newspaper | Broadway, Revere MA 02151 | Advertising | 819.00 | 210 |
| 10/12/07 | Italian American Assoc | | Advertising | 120.00 | 206 |

# Committee To Elect Carlo DeMaria
## Schedule B: Expenditures

| Date Paid | To Whom Paid | Address | Purpose of Expenditure | Amount | Check # |
|---|---|---|---|---|---|
| 10/19/07 | Italian American Assoc. | | Advertising | 220.00 | 218 |
| 10/15/07 | JCCHCE | 485 Broadway, Everett MA 02149 | Donation | 50.00 | 212 |
| 10/02/07 | JCCHCE | 485 Broadway, Everett MA 02149 | Advertising | 350.00 | 213 |
| 09/27/07 | John Bertone | Everett, MA | Rent | 500.00 | 195 |
| 08/31/07 | John Ciampi | | | | |
| 09/17/07 | Lenny Morabito | | | | |
| 10/05/07 | Lori Zaniboni | 632 Beach Street, Revere MA 02151 | Pest Control | 45.00 | 246 |
| 10/10/07 | Lori Zaniboni | 5 Greenway Road, Middleton MA | Printing (Art Tone Studio) | 480.00 | 180 |
| 10/11/07 | Lori Zaniboni | 5 Greenway Road, Middleton MA | Postage | 677.80 | 230 |
| 09/05/07 | Madeline English HS | 5 Greenway Rd. Middleton MA | Postage | 410.00 | 197 |
| 09/07/07 | Melissa Murphy | 12 Kenwood Rd. Everett MA 02149 | Postage | 123.00 | 203 |
| 09/07/07 | Melissa Murphy | 12 Kenwood Rd. Everett MA 02149 | Advertising | 100.00 | 204 |
| 09/14/07 | Melissa Murphy | 12 Kenwood Rd. Everett MA 02149 | Consultant | 200.00 | 181 |
| 09/17/07 | Melissa Murphy | 12 Kenwood Rd. Everett MA 02149 | Office Supplies | 109.97 | 186 |
| 09/17/07 | Melissa Murphy | 12 Kenwood Rd. Everett MA 02149 | Consultant | 200.00 | 187 |
| 09/21/07 | Melissa Murphy | 12 Kenwood Rd. Everett MA 02149 | Office Supplies | 73.49 | 222 |
| 09/21/07 | Melissa Murphy | 12 Kenwood Rd. Everett MA 02149 | Paper | 46.03 | 227 |
| 09/28/07 | Melissa Murphy | 12 Kenwood Rd. Everett MA 02149 | Consultant | 200.00 | 228 |
| 10/05/07 | Melissa Murphy | 12 Kenwood Rd. Everett MA 02149 | Consultant | 200.00 | 235 |
| 10/12/07 | Melissa Murphy | 12 Kenwood Rd. Everett MA 02149 | Consultant | 200.00 | 249 |
| 10/15/07 | Melissa Murphy | 12 Kenwood Rd. Everett MA 02149 | Consultant | 200.00 | 198 |
| 10/19/07 | Melissa Murphy | 12 Kenwood Rd. Everett MA 02149 | Office Supplies | 200.00 | 207 |
| 08/30/07 | Melissa Murphy | 12 Kenwood Rd. Everett MA 02149 | Consultant | 141.78 | 214 |
| 09/04/07 | Michele Senibaldi | 13 Jefferson Ave. Everett MA 02149 | Postage | 200.00 | 215 |
| 09/17/07 | Mike Phillips | 13 Jefferson Ave. Everett MA 02149 | Office Supplies | 41.00 | 217 |
| 08/29/07 | National Grid | Everett, MA | Consultant | 7.38 | 173 |
| 10/02/07 | National Grid | Woburn, MA | Music (Primary Night) | 150.00 | 182 |
| 09/21/07 | Orsogna Plaza | Woburn, MA | Utilities | 200.00 | 231 |
| 09/28/07 | Pizza Joe | Main Street, Everett MA | Utilities | 132.07 | 171 |
| 09/07/07 | Richies Slush | Elm Street, Everett MA | Primary Night Hall | 123.28 | 194 |
| | | 3 Garvey Street, Everett MA | Food (Workers' Meeting) | 150.00 | 236 |
| | | | EHS Home Opener | 100.00 | 248 |
| | | | | 320.00 | 248 |

# Committee To Elect Carlo DeMaria
## Schedule B: Expenditures

| Date Paid | To Whom Paid | Address | Purpose of Expenditure | Amount | Check # |
|---|---|---|---|---|---|
| 10/10/07 | Rudy Scenna | | Donation | 50.00 | 202 |
| 10/05/07 | Rudy Schenna | | Donation | 150.00 | 199 |
| 09/21/07 | Sons Of Orsogna Golf Classic | Main Street, Everett MA | Donation | 50.00 | 237 |
| 08/31/07 | The Campaign Network | 140 Bayswater Street, E. Boston MA | Advertising | 6,990.00 | 176 |
| 09/05/07 | The Campaign Network | 140 Bayswater Street, E. Boston MA | Advertising | 1,500.00 | 179 |
| 09/05/07 | The Campaign Network | 140 Bayswater Street, E. Boston MA | Advertising | 3,685.00 | 183 |
| 09/11/07 | The Campaign Network | 140 Bayswater Street, E. Boston MA | Advertising | 6,990.00 | 184 |
| 09/13/07 | The Campaign Network | 140 Bayswater Street, E. Boston MA | Consultant Fee | 3,000.00 | 189 |
| 09/27/07 | The Campaign Network | 140 Bayswater Street, E. Boston MA | Consultant Fee | 1,230.60 | 221 |
| 10/01/07 | The Campaign Network | 140 Bayswater Street, E. Boston MA | Advertising (Mailer) | 9,200.00 | 247 |
| 10/01/07 | The Campaign Network | 140 Bayswater Street, E. Boston MA | Advertising | 1,500.00 | 192 |
| 10/12/07 | The Campaign Network | 140 Bayswater Street, E. Boston MA | Consultant Fee | 812.05 | 209 |
| | | | | 53,481.06 | |

# Committee To Elect Carlo DeMaria
## Schedule A: Receipts

| Date Received | Name | Address | Amount | Occupation | Employer |
|---|---|---|---|---|---|
| 10/12/07 | Abbondanza, Joseph | | | | |
| 10/12/07 | Acquaviva, Michael | | | | |
| 09/13/07 | Adesanya, Patrick | 565 Park Ave, Revere MA 02151 | 300.00 | Information Requested | |
| 09/21/07 | Alperen, Michael | 406 Ferry Street, Everett MA 02149 | 35.00 | | |
| 10/01/07 | Amabile, Nicole | 300 Varnum Ave, Lowell MA 01854 | 35.00 | | |
| 10/16/07 | Asbestos Workers Local #6 | 6 Videtta Street, Peabody MA 01960 | 500.00 | Information Requested | |
| 10/16/07 | Baker Sr., Robert | 5 Apple Raod, Beverly MA 01915 | 500.00 | Underwriter/Sales | Cairstone RE |
| 09/28/07 | Barios, Jarrett | 303 Freeport Street, Boston MA 02122 | 200.00 | Information Requested | |
| 09/14/07 | Biggie, Angela | 44 Jackson Ave, Everett MA 02149 | 35.00 | | |
| 09/28/07 | Bridge & Structural Iron Workers 7 | 388 Norfolk Street, Cambridge MA 02139 | 500.00 | Information Requested | |
| 09/28/07 | Buonfiglio, Paul | 630 Park Ave, Revere MA 02151 | 500.00 | Secretary | Law Office Of Paul Coleman |
| 10/12/07 | Buonfiglio, Victor | 195 Old Colony Ave, South Boston MA 02127 | 500.00 | Information Requested | |
| 09/21/07 | Cafasso, Louise | 20 Wing Road, Lynnfield MA 01940 | 500.00 | Funeral Director | Buonfiglio Funeral Home |
| 10/22/07 | Calia, Glen | 2 Squire Lane, Lynnfield MA 01940 | 500.00 | Funeral Director | Buonfiglio Funeral Home |
| 09/17/07 | Campanella, Aleda | 64 Winslow Street, Everett MA 02149 | 50.00 | | |
| 09/10/07 | Capozzi, Joseph | 54 Centre Street, Winthrop MA 02152 | 100.00 | | |
| 10/16/07 | Carpenters' Local Union No. 218 | 118 Belfrock St, Everett MA 02149 | 50.00 | | |
| 10/12/07 | Caruso, Vincent | PO Box 1304, Saugus MA 02149 | 500.00 | Information Requested | |
| 10/22/07 | Castellano, Antonio | 35 Salem Street, Saugus MA 01906 | 250.00 | Information Requested | |
| 10/22/07 | Castro, Zenaida | 41 Lawrence Street, Medford MA 02155 | 35.00 | | |
| 09/28/07 | Cataldo, Elvira | 17 Newton Street, Everett MA 02149 | 35.00 | | |
| 10/17/07 | Cataldo, Robert | 15 Summer Street, Everett MA 02149 | 80.00 | | |
| 09/10/07 | Cavagnaro III, Louis | 90 Central Ave, Everett MA 02149 | 100.00 | | |
| 09/28/07 | Chesley, Laura | 29 Hammersmith Dr, Saugus MA 01906 | 500.00 | Owner | Cavagnaro Construction |
| 09/24/07 | Ciampi, Giacomo | 54 Salem Street, Boston MA | 250.00 | Information Requested | |
| 10/19/07 | Comanescu, Csaba Raul | 12 Nutmeadow Ln, Derry NH 03038 | 250.00 | Information Requested | |
| 09/14/07 | Comm To Elect Steve Tolman | 114R Eastern Ave, Malden MA 02148 | 500.00 | Waiter | LoConte's |
| 10/12/07 | Connolly, Heather | 282 Hanover Street, Boston MA 02113 | 100.00 | | |
| 09/14/07 | Cornelio, Mario | 17 Madeline Street, Everett MA 02149 | 100.00 | | |
| 09/25/07 | Costa, Rick | 55 Westover Street, Brighton MA 02135 | 500.00 | Information Requested | |
| 10/19/07 | Costello, James | 43 Luke Road, Everett MA 02149 | 500.00 | Information Requested | |
| 10/12/07 | Costello, George | 73 Loring Rd, Weston MA 02493 | 100.00 | Information Requested | |
| 10/17/07 | Cyprian, Marco | 7 Howe Street, Watertown MA 02472 | 50.00 | | |
| 10/19/07 | D'Andrea, Cheryl | 1109 Duncan Circle, Palm Beach Gardens FL | 100.00 | | |
| | D'Angelo, Rocco | 82 Prescott Ave, Chelsea MA 02150 | 20.00 | | |
| | DeMaria, Carlo | 8 Pierce Ave, Everett MA 02149 | 5,000.00 | Candidate Loan | |
| | | 78 Newland St, Malden MA 02148 | | | |
| | | 121 Belmont Street, Everett MA 02149 | | | |

**Committee To Elect Carlo DeMaria**

**Schedule A: Receipts**

| Date Received | Name | Address | Amount | Occupation | Employer |
|---|---|---|---|---|---|
| 10/19/07 | DePinto, John | | | | |
| 10/22/07 | DeSimone, Anthony | | | | |
| 09/28/07 | DiCarlo, Denise | 36 Tamarock Ter, Stoneham MA | | | |
| 10/22/07 | DiFelice, Adua | 37 Butternut Rd, Wakefield MA 01880 | 100.00 | | |
| 09/10/07 | DiPaola, Roberto | 385 Broadway, Revere MA 02151 | 200.00 | Information Requested | |
| 09/05/07 | DiPletro, Angelo | 1 Blake Court, Everett MA 02149 | 500.00 | Attorney | |
| 09/28/07 | DiPietro, Filomena | 168 Hancock Street, Everett MA 02149 | 35.00 | | |
| 10/12/07 | Diplatzi, Michael | 62 High Street, Everett MA 02149 | 100.00 | Information Requested | |
| 10/16/07 | Dischino, Salvatore | 62 High Street, Everett MA 02149 | 500.00 | Information Requested | |
| 10/17/07 | DiTomaso, Robert | 5 Tarbox Lane, North Reading MA 01864 | 500.00 | Information Requested | |
| 09/21/07 | Dobbins, Paul | 119 Dartmouth Street, Everett MA 02149 | 500.00 | Developer | |
| 09/05/07 | Doherty, Kevin | 15 Birch Street, Saugus MA 02149 | 35.00 | | Self-Employed |
| 09/25/07 | Dorgan, Edward | 141 Vine Street, Saugus MA 01906 | 250.00 | | |
| 09/10/07 | Elkhoury, Badih | 15 Bellview Ave, Middleton MA 01949 | 150.00 | Information Requested | |
| 10/12/07 | Falbo, Christopher | 39 Estes Stree, Everett MA 02149 | 500.00 | Information Requested | |
| 08/10/07 | Feola, Agostino | 346 East Street, Everett MA 02149 | 150.00 | Electrician | |
| 10/22/07 | Ferragamo, Lucille | 304 Newbury Street, Sharon MA 02067 | 250.00 | | Self-Employed |
| 10/12/07 | Flalli Jr, Lucille | 24 Edward Street, Boston MA 02115 | 25.00 | Information Requested | |
| 09/10/07 | Florentino, Kett | 419 Highland Ave, Medford MA 02155 | 75.00 | | |
| 10/01/07 | Fiske, Ferdinand | 187 Grover Street, Salem MA 01970 | 25.00 | | |
| 09/28/07 | Fragione, Linda | 299 Salem Street, Revere MA 02149 | 50.00 | | |
| 09/21/07 | Freitas, Evandro | 3 Kamlyn Circle, Nahant MA 02151 | 100.00 | | |
| 09/28/07 | Freni, Joseph | 139 Florence Street, Everett MA 01908 | 250.00 | Information Requested | |
| 09/28/07 | Goldstein, Stacee | 10 Canterbury Street, Everett MA 02149 | 200.00 | Information Requested | |
| 09/24/07 | Gravalese, Eddie | 9 Lockeland Street, Billerica MA 01821 | 150.00 | Information Requested | |
| 09/28/07 | Greatorex, James | 174 Boston Ave, Arlington MA 02476 | 500.00 | Information Requested | |
| 09/28/07 | Holland, Cheryl | 486 Revere Street, Middleton MA 01949 | 250.00 | Information Requested | |
| 09/10/07 | Holland, Dawn | 39 Parlin Street, Everett MA 02151 | 50.00 | Information Requested | |
| 09/21/07 | Irvin, Allene | 124 Pomona Street, Everett MA 02149 | 500.00 | | Self-Employed |
| 10/12/07 | Irvin, Allene | 6 Todd Lane, Lynnfield MA 02151 | 500.00 | Unemployed | |
| 09/28/07 | Jacobameyer, Richard | 41 Englewood Ave, Everett MA 01940 | 500.00 | Unemployed | |
| 09/28/07 | Karp, Jean | 119 Glendale St, Everett MA 02149 | 25.00 | | |
| 09/28/07 | Kilduff, Kevin | 202A Allandale Road, Chestnut Hill MA 02467 | 100.00 | | |
| 10/19/07 | Kostopoulos, Nikolos | | 500.00 | Attorney | |
| 09/24/07 | La Rovere, Daniel | 111 Mill Street, Revere MA 02151 | 500.00 | Information Requested | Burns & Levinson |
| | Lamonica, Joseph | 14 Durham Dr, Lynnfield MA 01940 | 500.00 | Information Requested | |
| | | 50 Warren Street, Everett MA 02149 | | | |

# Committee To Elect Carlo DeMaria

## Schedule A: Receipts

| Date Received | Name | Address | Amount | Occupation | Employer |
|---|---|---|---|---|---|
| 09/21/07 | Landry, Paul | 154 Lynnfield Street, Peabody MA 01960 | 100.00 | | |
| 09/05/07 | Larovere III, Francis | 492 Broadway, Everett MA 02149 | 100.00 | | |
| 10/12/07 | Larovere, Timothy | 492 Broadway, Everett MA 02149 | 500.00 | Information Requested | |
| 10/22/07 | Leone, Florence | | 500.00 | Information Requested | |
| 09/28/07 | Leray, Dolores | 134 Garland Street, Everett MA 02149 | 35.00 | | |
| 09/28/07 | Liociardi, Emilio | 24 Garden Lane, Wakefield MA 02149 | 100.00 | | |
| 10/22/07 | Margeson, Andrea | 313 Lowell Street, Reading MA 01880 | 200.00 | Information Requested | |
| 09/14/07 | Martone, Geraldine | 28 Heritage Ln, Saugus MA 01867 | 500.00 | Loan Officer | Innovative Mortgage |
| 09/25/07 | Mass Laborers District Council | 7 Laborers Way, Hopkinton MA 01748 | 100.00 | | |
| 09/25/07 | Massua, Albert | 74 Jefferson Ave, Everett MA 02149 | 500.00 | Information Requested | |
| 09/25/07 | Massua, Jacqueline | 74 Jefferson Ave, Everett MA 02149 | 500.00 | Information Requested | |
| 10/17/07 | Massua, Melissa | 74 Jefferson Ave, Everett MA 02149 | 500.00 | Information Requested | |
| 09/11/07 | Mastrocola, Olympia | 28 Winthrop Street, Everett MA 02149 | 500.00 | Information Requested | |
| 09/14/07 | McKanas, Sheryl | 34 Prospect Street, Melrose MA 02149 | 25.00 | | |
| 09/14/07 | Meekins, Jessica | 131 Main Street, Charlestown MA 02176 | 500.00 | Information Requested | |
| 09/28/07 | Meekins, Luke | 131 Main Street, Charlestown MA 02129 | 250.00 | Information Requested | |
| 10/22/07 | Monteanu, Ida | 104 Salem Street, Boston MA 02129 | 250.00 | Information Requested | |
| 10/12/07 | Morello, Joseph | 12 Gilway, Saugus MA 02113 | 500.00 | Teller | Century Bank |
| 09/24/07 | Murphy, Christopher | 23 Cherokee Rd, Acton MA 01720 | 100.00 | | |
| 09/21/07 | Musto, Giovanni | 8 Maplewood Rd, Middleton MA 01949 | 250.00 | Information Requested | |
| 09/24/07 | Musto, Jean | 16 Bellview Ave, Middleton MA 01949 | 500.00 | Information Requested | |
| 10/12/07 | Musto, Randy | 8 Maplewood Rd, Middleton MA 01949 | 500.00 | Unemployed | |
| 09/11/07 | Nathanson, Concetta | 99 Linden Street, Everett MA 02149 | 500.00 | Information Requested | |
| 10/22/07 | Pagounis, Paul | 74 Yarmouth Rd, Chestnut Hill MA 02467 | 25.00 | | |
| 09/28/07 | Pagounis, Stratton | 40 Yarmouth Rd, Chestnut Hill MA 02467 | 500.00 | Information Requested | |
| 09/21/07 | Pedulla, Joseph | 8 Mortimer Sr, Andover MA 01810 | 500.00 | Information Requested | |
| 09/21/07 | Pelosi-Pallotta, Lynn Marie | 87 Kinsman Street, Everett MA 02149 | 70.00 | | |
| 10/12/07 | Porziella, Dolores | 27 Irving Street, Everett MA 02149 | 250.00 | Membership Director | Union Of Concerned Scientist |
| 10/19/07 | Porziella, Guiliano | 27 Irving Street, Melrose MA 02176 | 100.00 | Information Requested | |
| 10/01/07 | Power, Edna | 8 Blake Ter, Everett MA 02149 | 500.00 | Information Requested | |
| 09/24/07 | Rizzo, Amabile | 47 Silva Rd, Medford MA 02155 | 35.00 | | |
| 10/12/07 | Rizzo, Jane | 35 Roland Road, Revere MA 02151 | 50.00 | | |
| 09/13/07 | Rizzuto, Leonard | 82 Winslow Street, Everett MA 02149 | 300.00 | Information Requested | |
| 09/28/07 | Rizzuto, Leonard | 82 Winslow Street, Everett MA 02149 | 100.00 | | |
| | Roofers Local 33 | 51 Neponset Ave, Dorchester MA 02122 | 70.00 | | |
| | Russo, Emanuel | 715 Summer Street, Lynnfield MA 01940 | 250.00 | Information Requested | |
| | | | 500.00 | Retired | |

**Committee To Elect Carlo DeMaria**
Schedule A: Receipts

| Date Received | Name | Address | Amount | Occupation | Employer |
|---|---|---|---|---|---|
| 10/17/07 | Safina, Lina | 45 Starbird St, Malden MA 02148 | 100.00 | Information Requested | |
| 10/05/07 | Sagarino, Lynette | 12661 Overbrook Drive, Santa Anna CA 92705 | 500.00 | Information Requested | |
| 10/19/07 | Sagarino, Paul | 37 Harley Ave, Everett MA 02149 | 35.00 | | |
| 09/28/07 | Schepis, Gary | | 500.00 | State Trooper | Comm Of MA |
| 09/28/07 | Serra, Jonathan | 17B Ocean Pier Ave, Revere MA 02151 | 250.00 | Information Requested | Media Vision |
| 09/17/07 | Sheet Metal Workers Local #17 | 1157 Adams Street, Dorchester MA 02124 | 250.00 | Information Requested | |
| 09/28/07 | Simonini, Paul | 9 Wildwood Drive, Peabody MA 01960 | 500.00 | Owner | |
| 10/16/07 | Strong, Kenneth | 21 Wellington Rd, Medford MA 02155 | 50.00 | | Doughboy |
| 09/10/07 | Susi, Franco | 735 Broadway, Malden MA 02148 | 500.00 | Information Requested | |
| 09/25/07 | Tamasi, John | 48 Conant Street, Beverly MA 01915 | 200.00 | Information Requested | |
| 09/28/07 | Tobia Jr, George | 24 Oxford Street, Malden MA 02148 | 500.00 | Attorney | Burns & Levinson |
| 10/12/07 | Tran, Rebecca | 56 Westover St, Everett MA 02149 | 500.00 | Information Requested | |
| 09/10/07 | Trinchese, Luca | 26 York Road, Winchester MA 01890 | 300.00 | Information Requested | |
| 10/19/07 | Troy, Richard | 50 Freedom Holw, Salem MA 01970 | 35.00 | Information Requested | |
| 09/10/07 | Vigorito, Claudia | 5 The Greenway, Middleton MA 01949 | 400.00 | | |
| 10/19/07 | Weinstein, Saul | 5 The Greenway, Middleton MA 01949 | 50.00 | Student | Self-Employed |
| 09/21/07 | Zaniboni, Ashley | 54 Woodrow Ave, Medford MA 02155 | 500.00 | Consultant | Fleet Star Financial |
| 09/21/07 | Zaniboni, Brian | | 500.00 | Financial Asst | |
| 09/21/07 | Zaniboni, Lori | | 250.00 | Information Requested | |
| 09/10/07 | Zarbano, Anthony | | 40,135.00 | | |

# Form CPF M 102: Campaign Finance Report
## Municipal Form
### Office of Campaign and Political Finance

Commonwealth of Massachusetts

File with:
**City or Town Clerk or Election Commission**    Please print or type all information, except signatures.

**RECEIVED**

Fill in dates:
Reporting Period Beginning _Month_ October _Day_ 24 _Year_ 2007    Ending _Month_ December _Day_ 2007 _Year_ 19

APR 18 2008

**Type of report:** (Check one)
☐ 8th day preceding preliminary    ☐ 8th day preceding election    ☐ 30 day after election    ☑ year-end report    ☐ dissolution

CITY CLERK'S OFFICE
EVERETT, MA

Full Name of Candidate (if applicable): Carlo DeMaria
Office Sought and District: Mayor of Everett
Residential Address: 121 Belmont Street
Everett, MA 02149
Tel. No. (optional)

Committee Name: Comm to Elect Carlo DeMaria
Name of Committee Treasurer: Thomas Dunn
Committee Mailing Address: 121 Belmont Street
Everett, MA 02149
Tel. No. (optional)

## SUMMARY BALANCE INFORMATION:

| | |
|---|---|
| **Line 1: Ending balance from previous report** | $ 6,807.76 |
| **Line 2: Total receipts this period** (page 2, line 11) | $ 24,760.00 |
| **Line 3: Subtotal** (line 1 plus line 2) | $ 31,567.76 |
| **Line 4: Total expenditures this period** (page 3, line 14) | $ 15,152.51 |
| **Line 5: Ending balance** (line 3 minus line 4) | $ 19,910.25 |
| **Line 6: Total in-kind contributions this period** (page 4) | $ 0 |
| **Line 7: Total (all) outstanding liabilities** (page 4) | $ 0 |

**Line 8: Name of bank(s) used** Everett Co-operative Bank

### Affidavit of Committee Treasurer:
I certify that I have examined this report including attached schedules and it is, to the best of my knowledge and belief, a true and complete statement of all campaign finance activity, including all contributions, loans, receipts, expenditures, disbursements, in-kind contributions and liabilities for this reporting period and represents the campaign finance activity of all persons acting under the authority or on behalf of this committee in accordance with the requirements of M.G.L. c. 55.

Signed under the penalties of perjury:

Treasurer's signature (in ink)    Date 12/31/07

## FOR CANDIDATE FILINGS ONLY: (CANDIDATE MUST SIGN BELOW)

### Affidavit of Candidate: (check 1 box only)
☐ **Candidate with Committee and no activity independent of the committee**
I certify that I have examined this report including attached schedules and it is, to the best of my knowledge and belief, a true and complete statement of all campaign finance activity, of all persons acting under the authority or on behalf of this committee in accordance with the requirements of M.G.L. c. 55. I have not received any contributions, incurred any liabilities nor made any expenditures on my behalf during this reporting period.
☐ **Candidate without Committee OR Candidate with independent activity filing separate report**
I certify that I have examined this report including attached schedules and it is, to the best of my knowledge and belief, a true and complete statement of all campaign finance activity, including contributions, loans, receipts, expenditures, disbursements, in-kind contributions and liabilities for this reporting period and represents the campaign finance activity of all persons acting under the authority or on behalf of this committee in accordance with the requirements of M.G.L. c. 55.

Signed under the penalties of perjury:

Candidate signature (in ink)    Date 04/18/08

# SCHEDULE A: RECEIPTS

*M.G.L. c. 55 requires that the name and residential address be reported, in alphabetical order, for all receipts over $50 in a calendar year. Committees must keep detailed accounts and records of all receipts, but need only itemize those receipts over $50. In addition, the occupation and employer must be reported for all persons who contribute $200 or more in a calendar year.*

This page may be copied if additional pages are required to report all receipts. Please include your committee name and a page number on each page.

| Date Received | Name and Residential Address (alphabetical listing required) | Amount | | Occupation & Employer (for contributions of $200 or more) |
|---|---|---|---|---|
| | *SEE ATTACHED SCHEDULE A* | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Line 9: Total receipts in excess of $50 (or listed above) | | 39,760 | 00 | |
| Line 10: Total receipts $50 and under* (not listed above) | | | | |
| **Line 11: TOTAL RECEIPTS IN THE PERIOD** | | 39,760 | 00 | Enter on page 1, line 2 |

* If you have itemized receipts of $50 and under include them in line 9. Line 10 should include only those receipts not itemized above.

# SCHEDULE B: EXPENDITURES

*M.G.L. c. 55 requires committees to list, in alphabetical order, all expenditures over $50 in a reporting period. Committees must keep detailed accounts and records of all expenditures, but need only itemize those over $50. Expenditures $50 and under may be added together, from committee records, and reported on line 13.*

**This page may be copied if additional pages are required to report all expenditures. Please include your committee name and a page number on each page.**

| Date Paid | To Whom Paid (alphabetical listing) | Address | Purpose of Expenditure | Amount | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | SEE ATTACHED SCHEDULE B | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | Line 12: Expenditures over $50 | | 25,057 | 51 |
| | | Line 13: Expenditures $50 and under* | | | |
| | | Line 14: TOTAL EXPENDITURES | | 25,057 | 51 |

Enter on page 1, line 4

*If you have itemized expenditures of $50 and under, include them in line 12. Line 13 should include only those expenditures not itemized above.

# SCHEDULE C: "IN-KIND" CONTRIBUTIONS

Please itemize contributors who have made in-kind contributions of more than $50. In-kind contributions $50 and under may be added together from the committee's records and included in line 16.

| Date Received | From Whom Received* | Residential Address | Description of Contribution | Value |
|---|---|---|---|---|
| | | | | |
| | | *NONE* | | |
| | | | | |
| | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | | Line 15: In-kind over $50 | |
| | | Enter on page 1, line 6 | Line 16: In-kind $50 and under | |
| | | | Line 17: Total In-kind | |

* If an in-kind contribution is received from a person who contributes more than $50 in a calendar year, you must report the name and address of the contributor; in addition, if the contribution is $200 or more, you must also report the contributor's occupation and employer.

# SCHEDULE D: LIABILITIES

M.G.L. c. 55 requires committees to report ALL liabilities which have been reported previously and are still outstanding, as well as those liabilities incurred during this reporting period.

| Date Incurred | To Whom Due | Address | Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| | | *NONE* | | |
| | | | | |
| | | | | |
| | | | | |
| | Enter on page 1, line 7 | Line 18: OUTSTANDING LIABILITIES (ALL) | | |

This page may be copied if additional pages are required to report all activity. Please include your committee name and a page number on each page.

**Committee To Elect Carlo DeMaria**
**Schedule A: Receipts**

| Date Received | Name | Address | Amount | Occupation | Employer |
|---|---|---|---|---|---|
| 12/19/07 | Anderson Jr, John | 3 Willowby Way, Lynnfield MA 01940 | | | |
| 10/26/07 | Antonelli, Caryn | 51 Estes St, Everett MA 02149 | 500.00 | | |
| 10/26/07 | Antonelli, Gregory | 51 Estes St, Everett MA 02149 | 500.00 | | Anderson Component |
| 12/19/07 | Antonelli, Philip | 46 Windsor St, Everett MA 02149 | 500.00 | | |
| 11/10/07 | Aureli, Daniel | 141 Bucknam St, Everett MA 02149 | 500.00 | Manager | |
| 10/26/07 | Barbaro, Attilio | 88 Cross St, Malden MA 02148 | 35.00 | | GTA Landscaping |
| 10/26/07 | Barresi, Aldo | 46 Bennett Ave, Saugus MA 01906 | 100.00 | | |
| 11/07/07 | Barresi, Eileen | 23 Heritage Ln, Saugus MA 01906 | 70.00 | | |
| 12/19/07 | Barresi, Sal | 23 Heritage Ln, Saugus MA 01906 | 50.00 | | |
| 11/06/07 | Behn, Luke | 10 Walsh Ave, Peabody MA 01960 | 250.00 | Manager | Sal's Restoration |
| 12/19/07 | Belmonte, Henry | 3 Winter St, Everett MA 02149 | 500.00 | Manager | |
| 11/06/07 | Bono, Joseph | 109 Salem St, Boston MA 02113 | 500.00 | Manager | Paul's Towing |
| 11/06/07 | Bono, Michael | 171 Bell Rock St, Everett MA 02149 | 150.00 | | |
| 12/19/07 | Bono, Michael | 171 Bell Rock St, Everett MA 02149 | 200.00 | | Bono Services |
| 11/05/07 | Bovardi, Gerald | 1 Nuthatch Rd, Ipswich MA 01938 | 250.00 | | Bono Services |
| 12/19/07 | Brooks, Richard | 157 Dover Rd, Wellesley MA 02482 | 250.00 | Banker | Century Bank |
| 12/19/07 | Bruzzese, Rose | 120 Bucknam St, Everett MA 02149 | 500.00 | | |
| 11/07/07 | Buckley, Michael | 14 Keenan Rd, Brighton MA 02135 | 250.00 | | Artic Engineering Co |
| 10/26/07 | Buscaino, Joseph | 101 Fremont St, Everett MA 02149 | 100.00 | | |
| 11/05/07 | Bussell, Maria | 8 Freeman Ave, Everett MA 02149 | 100.00 | | |
| 12/19/07 | Butera, Nancy | 68 Stevens St, Revere MA 02151 | 100.00 | | |
| 10/26/07 | Caicedo, Jose | 64 Winslow St, Everett MA 02149 | 250.00 | Funeral Director | Calasso & Sons Funeral Home |
| 10/26/07 | Calasso, Frederick | 170 Walnut St, Malden MA 02148 | 35.00 | | |
| 10/29/07 | Cash | | 710.00 | | |
| 12/19/07 | Cash | | 35.00 | | |
| 12/19/07 | Cataldo, Joseph | 369 Broadway, Everett MA 02149 | 385.00 | | |
| 10/29/07 | Cataldo, Robert | 29 Hammersmith Dr, Saugus MA 01906 | 250.00 | Attorney | Law Office Of Joseph Cataldo |
| 11/05/07 | Cella, Ilaria | 80 North St, Somerville MA 02144 | 250.00 | | Cataldo Ambulance Service |
| 11/05/07 | Chiaravalloti, Rosina | 16 Heritage Ln, Saugus MA 01906 | 50.00 | | |
| 10/26/07 | Chiaravalloti, Vincent | 16 Heritage Ln, Saugus MA 01906 | 500.00 | | |
| 10/26/07 | Chiumiento, Audeno | 16 Perwell Dr, Saugus MA 01906 | 500.00 | | |
| 10/29/07 | Cipriani, Richard | 44 Baker Rd, Everett MA 02149 | 300.00 | | |
| 12/19/07 | Cirello, Gaetano | 11 Adams St, Revere MA 02151 | 375.00 | | |
| 12/19/07 | Cocciardi, Peter | 5 Valeri Dr, Saugus MA 01906 | 200.00 | Investment Advisor | Peter Cocciardi & Assoc |
| | Colameta, Philip | 16 Windsor St, Everett MA 02149 | 100.00 | | |

# Committee To Elect Carlo DeMaria
## Schedule A: Receipts

| Date Received | Name | Address | Amount | Occupation | Employer |
|---|---|---|---|---|---|
| 10/26/07 | Colarusso, Alexander | 39 Vernal St, Everett MA 02149 | | | |
| 12/19/07 | Colarusso, Alexander | 39 Vernal St, Everett MA 02149 | 50.00 | | |
| 12/19/07 | Conti, James | 26 Maplewood Ave, Everett MA 02149 | 50.00 | | |
| 11/07/07 | Conti, John | 75 Fremont St, Everett MA 02149 | 250.00 | | Retired |
| 10/29/07 | Conti, Robert | 14 Nell Rd, Revere MA 02151 | 200.00 | | |
| 12/19/07 | Cooper, Stephen | 36 Essex St, Saugus MA 01906 | 500.00 | | |
| 10/26/07 | Cornelio, Antonio | | 250.00 | | |
| 10/26/07 | Cristiano, Jeanne | 53 Abbott Ave, Everett MA 02149 | 70.00 | | Sal's One Hour Cleaner |
| 12/19/07 | Cumane, Joseph | 81 Ellis Farm Lane, Melrose MA 02176 | 100.00 | | |
| 11/05/07 | D'allera, Emerenziana | | 250.00 | Editor | |
| 11/05/07 | DaSilva, Larry | 184 Bluejay Ln, East Taunton MA 02718 | 300.00 | | Everett Leader Publishing |
| 10/26/07 | DaSilva, Sandro | 237 Main St, Malden MA 02148 | 50.00 | | |
| 12/19/07 | Dellisola, Gilbert | 1 Evelyn Ct, Everett MA 02149 | 150.00 | | |
| 10/26/07 | Dello Iacono, Joseph | 46 Madison Ave, Everett MA 02149 | 250.00 | | |
| 12/03/07 | Demaria, Carlo (Loan) | | 50.00 | | Retired |
| 12/19/07 | Denardo, Antonio | 35 Ferry St, Everett MA 02149 | 500.00 | | |
| 10/26/07 | Denardo, Judy | 35 Ferry St, Everett MA 02149 | 250.00 | | |
| 10/26/07 | DePisco, Donna | 160 Commonwealth Ave, Boston MA 02116 | 200.00 | | |
| 11/05/07 | DiBiase, Domenic | 81 Hancock St, Everett MA 02149 | 100.00 | | |
| 12/19/07 | DiBiase, Domenic | 81 Hancock St, Everett MA 02149 | 200.00 | | |
| 12/19/07 | DiDomenico, Salvatore | 125 Clarence St, Everett MA 02149 | 200.00 | | |
| 10/26/07 | DiFloria, Rosa | 28 Dyer Ave, Everett MA 02149 | 100.00 | | |
| 10/29/07 | DiPierro, Maureen | 31 Myrtle St, Everett MA 02149 | 50.00 | | |
| 12/19/07 | DiPierro, Maureen | 31 Myrtle St, Everett MA 02149 | 400.00 | | |
| 10/26/07 | DiPierro, Giovanni | 31 Myrtle St, Everett MA 02149 | 70.00 | | |
| 11/07/07 | Dobbins, Paul | 141 Vine St, Everett MA 02149 | 250.00 | | |
| 12/19/07 | Dobbins, Paul | 141 Vine Street, Everett MA 02149 | 100.00 | | |
| 10/26/07 | Doherty, Alan | 520 Water St, Wakefield MA 01880 | 150.00 | | |
| 10/26/07 | Duggan, Heather | 51 Fremont Ave, Everett MA 02149 | 250.00 | | |
| 10/26/07 | Dundulis, Frank | 51 Fremont Ave, Everett MA 02149 | 50.00 | | Everett Automatic Transmission |
| 12/19/07 | Dunn, Thomas | 123 Fisher St, Norwood MA 02062 | 35.00 | | |
| 12/19/07 | Eddy, Brian | 3 Ashley Ln, Danvers MA 01923 | 100.00 | | |
| 10/26/07 | Ela, David | 210 Candlestick RD, North Andover MA 01845 | 250.00 | Accountant | |
| 10/26/07 | Farnell, Ronald | 19 Henry St, Everett MA 02149 | 250.00 | | Consolidated Financial |
| 10/26/07 | Farnell, Ronald | 11 Stuart St, Everett MA 02149 | 50.00 | | New England Produce |
| | | 11 Stuart St, Everett MA 02149 | 70.00 | | |
| | | | 100.00 | | |

**Committee To Elect Carlo DeMaria**
**Schedule A: Receipts**

| Date Received | Name | Address | Amount | Occupation | Employer |
|---|---|---|---|---|---|
| 12/19/07 | Farnell, Ronald | 11 Stuart St, Everett MA 02149 | | | |
| 10/26/07 | Fiorentino, Saverio | 299 Salem St, Revere MA 02151 | 250.00 | | |
| 12/19/07 | Flynn, Peter | 78 Essex St, Saugus MA 01906 | 300.00 | | City Of Everett |
| 10/26/07 | Fodera, Vincenza | 10 Florence St, Medford MA 02155 | 250.00 | Attorney | |
| 12/19/07 | Forestiere, Frederick | 22 Meadowview Rd, Everett MA 02149 | 35.00 | | |
| 10/26/07 | Foster, Regina | 3 Hall Ave, Everett MA 02149 | 250.00 | | City Of Everett |
| 11/05/07 | Freese, Rosalie | 40 Silver Rd, Everett MA 02149 | 250.00 | | |
| 12/19/07 | Galazka, Marzie | 50 Dale St, Swampscott MA 01907 | 50.00 | | |
| 10/26/07 | Gambale, Angelo | 2 Old Colony Dr, Wakefield MA 01880 | 100.00 | | |
| 12/19/07 | Gattineri, Marc | PO Box 983, Winchester MA 01890 | 50.00 | | |
| 12/19/07 | Gavegnano, Richard | 26 William Fairfield, Wenham MA 01984 | 100.00 | Real Estate Developer | Self Employed |
| 12/19/07 | Giacchino, Robert | 8 Glen RD, Topsfield MA 01983 | 250.00 | | |
| 11/05/07 | Gianatassio, Louis | 4 Washington St, Everett MA 02149 | 100.00 | | Honda Cars Of Boston |
| 12/19/07 | Gilman, Michael | 80 Fairbanks Ave, Wellesley MA 02481 | 250.00 | | |
| 10/26/07 | Gilman, Michael | 80 Fairbanks Ave, Wellesley MA 02481 | 35.00 | | |
| 11/05/07 | Graciano, Matilde | 206 Linden St, Everett MA 02149 | 100.00 | | |
| 10/26/07 | Grasso, Peter | 21 Castle St, Plymouth MA 02360 | 250.00 | | |
| 12/19/07 | Gregory, Joanne | 19 Wolcott St, Everett MA 02149 | 50.00 | | |
| 12/19/07 | Gregory, Joanne | 19 Wolcott St, Everett MA 02149 | 70.00 | | |
| 10/26/07 | Guerriero, Sabatino | 19 Wolcott St, Everett MA 02149 | 50.00 | | |
| 10/26/07 | Guiliano, Joseph | 7800 SW Pkwy, Austin TX 78735 | 50.00 | | |
| 12/19/07 | Hamade, Riad | 18 Alpine Ave, Everett MA 02149 | 500.00 | | |
| 12/19/07 | Hamel, John | 2500 Mystic Valley Pkwy, Medford MA 02155 | 250.00 | | Everett School Comm |
| 10/26/07 | Hart, Kim | 68 Sweeney Ave, Revere MA 02151 | 500.00 | | |
| 12/19/07 | Hayes, Dana | 320 Newbury St, Danvers MA 01923 | 250.00 | | |
| 10/26/07 | Herbert, Brian | 8 Ledgewood Dr, Dover MA 02030 | 70.00 | | |
| 11/05/07 | Holland, Cheryl | 22 Buckingham St, Wilmington MA 01887 | 250.00 | | Boston Market Terminal |
| 10/26/07 | Iwanicki, Douglas | 39 Montrose St, Everett MA 02149 | 100.00 | | |
| 12/19/07 | Karp, Harvey | 202A Allandale Rd, Chestnut Hill, MA 02467 | 300.00 | | |
| 12/19/07 | Katulak, Francis | 178 Atlantic St, Gloucester MA 01930 | 25.00 | | |
| 10/26/07 | Keefe, Lucille | 14 Jefferson Ave, Everett MA 02149 | 500.00 | | Distrigas Of MA |
| 12/19/07 | Kelly, Colin | 33 Essex St, Middleton MA 01949 | 250.00 | | |
| 12/19/07 | Kelly, Paul | 30 Chelsea St, Everett MA 02149 | 100.00 | | |
| 12/19/07 | Kennedy, Thomas | 500 Broadway, Everett MA 02149 | 350.00 | | Prolenized New England |
| 11/05/07 | Kenworthy, Joanne | 49 Marmion Rd, Melrose MA 02176 | 500.00 | | City Of Everett |
| 11/05/07 | Kenworthy, Patricia | 55 Marmion Rd, Melrose MA 02176 | 250.00 | Attorney | Self Employed |
| | | | 100.00 | | |
| | | | 100.00 | | |

# Committee To Elect Carlo DeMaria
## Schedule A: Receipts

| Date Received | Name | Address | Amount | Occupation | Employer |
|---|---|---|---|---|---|
| 10/29/07 | Kenworthy, Scot | 55 Marmion Rd, Melrose MA 02176 | | | |
| 10/26/07 | Kernan, Eileen | 58 Harley Ave, Everett MA 02149 | 100.00 | | |
| 10/29/07 | Knowles, Robert | | 100.00 | | |
| 10/26/07 | Lamonica, Joseph | | 200.00 | | |
| 12/19/07 | Larovere, David | 50 Warren St, Everett MA 02149 | | | |
| 12/19/07 | Larovere, Susan | 33 Oakes St, Everett MA 02149 | 35.00 | | |
| 11/05/07 | LaRovere, Wendy | 12 Cider Mill Rd, Lynnfield MA 01940 | 500.00 | Insurance Agent | Messinger Insurance |
| 12/19/07 | LaRovere, Matthew | 29 Garden St, Everett MA 02149 | 250.00 | Insurance Agent | Larovere Insurance |
| 11/05/07 | Laskey, Norma | 29 Garden St, Everett MA 02149 | 500.00 | | |
| 12/19/07 | Lattanzi, Alfred | 17 Chatham Rd, Everett MA 02149 | 250.00 | Insurance Agent | Larovere Insurance |
| 11/05/07 | Leo, Gina | 51 Pierce Ave, Everett MA 02149 | 50.00 | | |
| 12/19/07 | Leo, Sabatino | 224 Lynn Fells Pkwy, Saugus MA 01906 | 250.00 | | |
| 11/10/07 | Liburdi, Anthony | 30 Maytum Way, Middleton MA 01949 | 100.00 | | |
| 11/10/07 | Loycano, Charles | 57 Abbot Ave, Everett MA 02149 | 250.00 | Attorney | |
| 12/19/07 | Loycano, Charles | 63 Madison Ave, Everett MA 02149 | 250.00 | | |
| 10/26/07 | Luongo, Chad | 63 Madison Ave, Everett MA 02149 | 500.00 | | Metals Management |
| 10/26/07 | Magnani, Maria | 99 Central Ave, Everett MA 02149 | 250.00 | | |
| 11/06/07 | Maltacea, Paul | 84 Cleveland Ave, Everett MA 02149 | 35.00 | | |
| 12/19/07 | Mandracchia, Stephen | 100 Pleasant St, Marblehead MA 01945 | 70.00 | | |
| 12/19/07 | Mangan, Michael | 442 Proctor Ave, Revere MA 02151 | 500.00 | | |
| 10/29/07 | Margioglio, William | 17 Green St, Everett MA 02149 | 250.00 | | |
| 12/19/07 | Marchese, John | One Salem St, Malden MA 02148 | 50.00 | | |
| 10/26/07 | Marchese, Michael | 51 Harbor Hill Rd, S. Yarmouth MA 02675 | 500.00 | | |
| 10/26/07 | Marziello, John | 116 Roland St, Revere MA 02151 | 500.00 | Manager | J Marchese & Sons |
| 12/19/07 | Massone, James | | 100.00 | | |
| 12/19/07 | Masucci, Donna | 3 James Ln, Wakefield MA 01880 | 100.00 | | |
| 12/19/07 | Masucci, Peter | 107 High Ridge Rd, Boxford MA 01921 | 250.00 | | |
| 12/19/07 | Matarazzo, Ersilia | 107 High Ridge Rd, Boxford MA 01921 | 250.00 | | Malden Autobody |
| 12/19/07 | McBride, Kelly | 52 Jefferson Ave, Everett MA 02149 | 250.00 | Doctor | |
| 10/26/07 | McCarthy, Raymond | 14 Hastings Ln, Medford MA 02155 | 50.00 | | |
| 11/07/07 | McCool, David | 141 Woodlawn St, Everett MA 02149 | 250.00 | Banker | East Boston SB |
| 12/19/07 | McCool, David | 210 Broadway, Everett MA 02149 | 70.00 | | |
| 11/05/07 | Meola, Guy | 210 Broadway, Everett MA 02149 | 250.00 | | |
| 10/26/07 | Milley, Debra | 25 Pine Tree Dr, Saugus MA 01906 | 100.00 | | |
| 10/28/07 | Milley, Debra | 158 Grover St, Everett MA 02149 | 200.00 | | |
| 11/07/07 | Minichiello, Erminio | 158 Grover St, Everett MA 02149 | 100.00 | | |
| | | 64 Gordon Rd, Revere MA 02151 | 35.00 | | |
| | | | 200.00 | | |