## SCHEDULE A: RECEIPTS

*M.G.L. c. 55 requires that the name and residential address be reported, in alphabetical order, for all receipts over $50 in a calendar year. Committees must keep detailed accounts and records of all receipts, but need only itemize those receipts over $50. In addition, the occupation and employer must be reported for all persons who contribute $200 or more in a calendar year.*

This page may be copied if additional pages are required to report all receipts. Please include your committee name and a page number on each page.

| Date Received | Name and Residential Address (alphabetical listing required) | Amount | | Occupation & Employer (for contributions of $200 or more) |
|---|---|---|---|---|
| | SEE ATTACHED | | | SCH A |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Line 9: Total receipts in excess of $50 (or listed above) | | 410 | 00 | |
| Line 10: Total receipts $50 and under* (not listed above) | | | | |
| Line 11: TOTAL RECEIPTS IN THE PERIOD | | 410 | 00 | Enter on page 1, line 2 |

* If you have itemized receipts of $50 and under include them in line 9. Line 10 should include only those receipts not itemized above.

Page 2

## SCHEDULE B: EXPENDITURES

*M.G.L. c. 55 requires committees to list, in alphabetical order, all expenditures over $50 in a reporting period. Committees must keep detailed accounts and records of all expenditures, but need only itemize those over $50. Expenditures $50 and under may be added together, from committee records, and reported on line 13.*

This page may be copied if additional pages are required to report all expenditures. Please include your committee name and a page number on each page.

| Date Paid | To Whom Paid (alphabetical listing) | Address | Purpose of Expenditure | Amount | |
|-----------|-------------------------------------|---------|------------------------|--------|--|
| | SEE ATTACHED SCH B | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | Line 12: Expenditures over $50 | 13,106 | 59 |
| | | | | Line 13: Expenditures $50 and under* | | |
| | | | | Line 14: TOTAL EXPENDITURES | 13,106 | 59 |

Enter on page 1, line 4

If you have itemized expenditures of $50 and under, include them in line 12. Line 13 should include only those expenditures not itemized above.

Page 3

## SCHEDULE C: "IN-KIND" CONTRIBUTIONS

Please itemize contributors who have made in-kind contributions of more than $50. In-kind contributions $50 and under may be added together from the committee's records and included in line 16.

| Date Received | From Whom Received* | Residential Address | Description of Contribution | Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | **Line 15:** In-kind over $50 | |
| | | | **Line 16:** In-kind $50 and under | |
| | Enter on page 1, line 6 | | **Line 17: Total In-kind** | |

* If an in-kind contribution is received from a person who contributes more than $50 in a calendar year, you must report the name and address of the contributor; in addition, if the contribution is $200 or more, you must also report the contributor's occupation and employer.

## SCHEDULE D: LIABILITIES

*M.G.L. c. 55 requires committees to report ALL liabilities which have been reported previously and are still outstanding, as well as those liabilities incurred during this reporting period.*

| Date Incurred | To Whom Due | Address | Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | Enter on page 1, line 7 | **Line 18: OUTSTANDING LIABILITIES (ALL)** | | |

This page may be copied if additional pages are required to report all activity. Please include your committee name and a page number on each page.

printed on recycled paper

**Page 4**

**Committee To Elect Carlo DeMaria**

Schedule A: Receipts

| Received Date | Name | Address | Amount | Occupation | Employer |
|---|---|---|---|---|---|
| 10/16/09 | Murphy III, Cornelius | 325 Fenno Street  Revere MA 02151 | 200.00 | | |
| 09/14/09 | Verizon | PO Box 29491, Shawnee KS 66201 | 210.00 | Telephone Refund | |
| | | | 410.00 | | |
| | | | | | |
| | | | | | |



Commonwealth
of Massachusetts

**Form CPF M 102: Campaign Finance Report**
**Municipal Form**
Office of Campaign and Political Finance

RECEIVED
2010 FEB -1 P 2:04
CITY CLERK'S OFFICE
EVERETT, MA

File with:
City or Town Clerk or Election Commission

Please print or type all information, except signatures.

**Fill in dates:**
Reporting Period Beginning *Month* Oct *Day* 17 *Year* 2009 Ending *Month* Dec *Date* 31 *Year* 2009

**Type of report:** (Check one)
☐ 8th day preceding preliminary ☐ 8th day preceding election ☐ 30 day after election ☑ year-end report ☐ dissolution

Carlo DeMaria
**Full Name of Candidate (If applicable)**

MAYOR of Everett
**Office Sought and District**

121 Belmont Street
**Residential Address**

Everett, MA 02149
**Tel. No. (optional)**

Comm to Elect Carlo DeMaria
**Committee Name**

Thomas Dunn
**Name of Committee Treasurer**

121 Belmont Street
**Committee Mailing Address**

Everett, MA 02149
**Tel. No. (optional)**

## SUMMARY BALANCE INFORMATION:

**Line 1: Ending balance from previous report** $ 39,832.45
**Line 2: Total receipts this period** (page 2, line 11) $ 39,675.99
**Line 3: Subtotal** (line 1 plus line 2) $ 79,508.44
**Line 4: Total expenditures this period** (page 3, line 14) $ 79,508.44
**Line 5: Ending balance** (line 3 minus line 4) $ 30,895.11

Line 6: Total in-kind contributions this period (page 4) $ 48,613.33
Line 7: Total (all) outstanding liabilities (page 4) $ _____
Line 8: Name of bank(s) used Everett Cooperative BANK

**Affidavit of Committee Treasurer:**
I certify that I have examined this report including attached schedule and it is, to the best of my knowledge and belief, a true and complete statement of all campaign finance activity, including all contributions, loans, receipts, expenditures, disbursements, in-kind contributions and liabilities for this reporting period and represents the campaign finance activity of all persons acting under the authority or on behalf of this committee in accordance with the requirements of M.G.L. c. 55.
Signed under the penalties of perjury:

Treasurer's signature (in ink) _____ Date 1/20/10

## FOR CANDIDATE FILINGS ONLY: (CANDIDATE MUST SIGN BELOW)

**Affidavit of Candidate:** (check 1 box only)
☐ Candidate with Committee and no activity independent of the committee
I certify that I have examined this report including attached schedules and it is, to the best of my knowledge and belief, a true and complete statement of all campaign finance activity, of all persons acting under the authority or on behalf of this committee in accordance with the requirements of M.G.L. c. 55. I have not received any contributions, incurred any liabilities nor made any expenditure on any behalf during this reporting period.
☐ Candidate without Committee OR Candidate with independent activity filing separate report
I certify that I have examined this report including attached schedules and it is, to the best of my knowledge and belief, a true and complete statement of all campaign finance activity, including contributions, loans, receipts, expenditures, disbursements, in-kind contributions and liabilities for this reporting period and represents the campaign finance activity of all persons acting under the authority or on behalf of this committee in accordance with the requirements of M.G.L. c. 55.
Signed under the penalties of perjury:

Candidate signature (in ink) _____ Date 1/20/10

# SCHEDULE A: RECEIPTS

*M.G.L. c. 55 requires that the name and residential address be reported, in alphabetical order, for all receipts over $50 in a calendar year. Committees must keep detailed accounts and records of all receipts, but need only itemize those receipts over $50. In addition, the occupation and employer must be reported for all persons who contribute $200 or more in a calendar year.*

This page may be copied if additional pages are required to report all receipts. Please include your committee name and a page number on each page.

| Date Received | Name and Residential Address (alphabetical listing required) | Amount | | Occupation & Employer (for contributions of $200 or more) |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | SEE ATTACHED ScH A | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Line 9:  Total receipts in excess of $50 (or listed above) | | 3967 | 99 | |
| Line 10: Total receipts $50 and under* (not listed above) | | | | |
| **Line 11: TOTAL RECEIPTS IN THE PERIOD** | | 3967 | 99 | Enter on page 1, line 2 |

* If you have itemized receipts of $50 and under include them in line 9.  Line 10 should include only those receipts not itemized above.

Page 2

# SCHEDULE B: EXPENDITURES

*M.G.L. c. 55 requires committees to list, in alphabetical order, all expenditures over $50 in a reporting period. Committees must keep detailed accounts and records of all expenditures, but need only itemize those over $50. Expenditures $50 and under may be added together, from committee records, and reported on line 13.*

*This page may be copied if additional pages are required to report all expenditures. Please include your committee name and a page number on each page.*

| Date Paid | To Whom Paid (alphabetical listing) | Address | Purpose of Expenditure | Amount | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | SEE Attached Sch B | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | Line 12: Expenditures over $50 | 30,895 | 11 |
| | | | Line 13: Expenditures $50 and under* | | |
| | | | Line 14: TOTAL EXPENDITURES | 30,895 | 11 |

Enter on page 1, line 4

*you have itemized expenditures of $50 and under, include them in line 12. Line 13 should include only those expenditures not nized above.*

Page 3

# SCHEDULE C: "IN-KIND" CONTRIBUTIONS

Please itemize contributors who have made in-kind contributions of more than $50. In-kind contributions $50 and under may be added together from the committee's records and included in line 16.

| Date Received | From Whom Received* | Residential Address | Description of Contribution | Value |
|---|---|---|---|---|
| | | | | |
| | | *None* | | |
| | | | | |
| | | | | |
| | | Line 15: In-kind over $50 | | |
| | | Line 16: In-kind $50 and under | | |
| | | Line 17: Total In-kind | | |

Enter on page 1, line 6

* If an in-kind contribution is received from a person who contributes more than $50 in a calendar year, you must report the name and address of the contributor; in addition, if the contribution is $200 or more, you must also report the contributor's occupation and employer.

# SCHEDULE D: LIABILITIES

M.G.L. c. 55 requires committees to report ALL liabilities which have been reported previously and are still outstanding, as well as those liabilities incurred during this reporting period.

| Date Incurred | To Whom Due | Address | Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| | | *None* | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Enter on page 1, line 7 | | Line 18: OUTSTANDING LIABILITIES (ALL) | | |

This page may be copied if additional pages are required to report all activity. Please include your committee name and a page number on each page.

printed on recycled paper

Page 4

# Committee To Elect Carlo DeMaria
## Schedule A: Receipts

| Received Date | Name | Address | Amount | Occupation | Employer |
|---|---|---|---|---|---|
| 11/25/09 | Arvanites, Marcia | 50 Foster Street, Everett MA 02149 | | | |
| 12/22/09 | Badolato, Richard | 5 Hutton Street, Danvers MA 01923 | 25.00 | | |
| 12/18/09 | Barer, Mark | 131 El Rose St, Jamaica Plain MA 02130 | 250.00 | | Mass Lift |
| 11/25/09 | Bartetta, Joseph | 7 Gilmore Street, Everett MA 02149 | 250.00 | | |
| 11/02/09 | Bartetta, Luisa | 156 Whitemore Woods, Tewksbury MA 01876 | 100.00 | | |
| 11/25/09 | Barringer, Jill | 423 Bunker Hill Street, Charlestown MA 02129 | 100.00 | | |
| 12/22/09 | Bartlett, Aldo | PO Box 2803, Duxbury MA 02331 | 50.00 | | |
| 12/22/09 | Bartlett, Ryan | PO Box 855, Plymouth MA 02362 | 300.00 | | |
| 11/25/09 | Birritteri, Sebastian | 85 Hammersmith Drive, Saugus MA 01906 | 300.00 | | |
| 12/22/09 | Bono, Michael | 171 Bell Rock Street, Everett MA 02149 | 25.00 | | |
| 12/29/09 | Borenstein, Donald | PO Box 104, Medford MA 02155 | 250.00 | | |
| 12/22/09 | Borges, Christopher | 18 Coolidge Rd, Melrose MA 02176 | 454.12 | Treasurer | Capitol Truck |
| 12/22/09 | Bortone, Carlo | 10 Hawthorn Street, Newton MA 02458 | 250.00 | | |
| 11/25/09 | Burley, John | 24 Fairmont Street, Malden MA 02148 | 300.00 | Cleaning Svc | Self-Employed |
| 11/25/09 | Bussell, Marie | 8 Freeman Ave, Everett MA 02149 | 50.00 | | |
| 12/18/09 | Calasso, Louise | 84 Winslow Street, Everett MA 02149 | 200.00 | Vice Pres | Bussco, Inc |
| 11/25/09 | Camiolo, Donna | 180 Westchester Dr, Canton MA 02021 | 50.00 | | |
| 12/22/09 | Capoccia, Lynda | 19 Tuckerman Street, Revere MA 02151 | 25.00 | | |
| 12/22/09 | Capozzi, Joe | PO Box 1304, Saugus MA 01906 | 250.00 | | |
| 12/22/09 | Cerdone, Lawrence | 48 Joy Street, Somerville MA 02143 | 250.00 | | |
| 11/25/09 | Caruso, Vincent | 41 Lawrence Street, Everett MA 02149 | 250.00 | Autobody | Self-Employed |
| 12/22/09 | Casey, Jon | | 25.00 | | |
| 12/22/09 | Cassano, Angela | 43 Pilings Pond Rd, Lynnfield MA 01940 | 250.00 | | |
| 12/22/09 | Cataldo, Dennis | 3 Baldwin Lane, Lynnfield MA 01940 | 250.00 | Manager | A.R.C Construction Co. Inc |
| 12/22/09 | Cataldo, Diana | 29 Hammersmith Dr, Saugus MA 01906 | 250.00 | | Cataldo Ambulance |
| 10/29/09 | Cataldo, Robert | 29 Hammersmith Dr, Saugus MA 01906 | 250.00 | | Cataldo Ambulance |
| 12/22/09 | Cataldo, Robert | 29 Hammersmith Dr, Saugus MA 01906 | 100.00 | | Cataldo Ambulance |
| 11/25/09 | Catterson, Rosemary | 15 Stratford Rd, Melrose MA 02176 | 250.00 | | Cataldo Ambulance |
| 11/25/09 | Cavaleri III, James | 9 Thurlow Ave, Revere MA 02151 | 25.00 | | |
| 11/25/09 | Cavaleri III, Linda | 101 High Street, Revere MA 02151 | 100.00 | | |
| 12/18/09 | Celia, Arcangelo | 80 North Street, Somerville MA 02144 | 100.00 | | |
| 11/25/09 | Chapman, Laureen | 5 Damon Street, North Reading MA 01864 | 50.00 | | |
| 10/29/09 | Chiumiento, Angela | 16 Pevwell Drive, Saugus MA 01906 | 50.00 | | |
| 11/25/09 | Churchill, Carol | 27 Horton Pl, Milton MA 02186 | 25.00 | | |
| 12/22/09 | Ciampa, Joseph | 154 Elm Street, Georgetown MA 01833 | 25.00 | | |
| 11/02/09 | Cipriani, Maureen | 44 Baker Road, Everett MA 02149 | 250.00 | Autobody | Self-Employed |
| 11/25/09 | Cirielo, Dora | 11 Adams Street, Revere MA 02151 | 50.00 | | |
| 11/25/09 | Ciulla, Susan | 13 Garland Street, Everett MA 02149 | 50.00 | | |
| 11/25/09 | Cocciardi, Peter | 459 Broadway, Everett MA 02149 | 50.00 | | |
| 12/22/09 | Cocciardi, Peter | 5 Valeri Dr, Saugus MA 01906 | 50.00 | | |
| 11/25/09 | Cody, Jonathan | PO Box 883, North Reading MA 01864 | 250.00 | Financial Planner | Self-Employed |
| 12/22/09 | Cody, Jonathan | PO Box 883, North Reading MA 01864 | 50.00 | | |
| 11/25/09 | Cohen, Marc | 151 Tremont St, Boston MA 02111 | 500.00 | | |
| 11/25/09 | Colamela, Dawn | 18 Windsor Street, Everett MA 02149 | 100.00 | | |
| 11/25/09 | Colarusso, Alexander | 39 Vernal Street, Everett MA 02149 | 25.00 | | |
| 11/25/09 | Colonial Health Group | 289 Elm Street, Everett MA 02149 | 25.00 | | |
| 11/25/09 | Conti, James | 26 Maplewood Ave, Everett MA 02149 | 50.00 | | |
| 11/25/09 | Coogan, Jacqueline | 57 Wentworth Rd, Melrose MA 02176 | 100.00 | | |
| 11/25/09 | Coppola, Diane | 30 Chelsea Street, Everett MA 02149 | 50.00 | | |
| 12/18/09 | Coppola, Diane | 30 Chelsea Street, Everett MA 02149 | 25.00 | | |
| 11/25/09 | Crafts, Rita | 18 Franklin Street, Everett MA 02149 | 25.00 | | |
| 12/18/09 | Curry, Robert | 30 Chelsea Street, Everett MA 02149 | 25.00 | | |
| 11/25/09 | Dalton, Joseph | 177 Brattle Street, Arlington MA 02474 | 25.00 | | |
| 12/22/09 | D'Ambrosio, Gerry | 14 Proctor Ave, Revere MA 02151 | 100.00 | | |
| 11/02/09 | D'Andrea Michael | 8 Pierce Ave, Everett MA 02149 | 500.00 | Attorney | Self-Employed |
| 12/18/09 | D'Andrea, Cheryl | 90 Wyllis Ave, Everett MA 02149 | 250.00 | | |
| 10/29/09 | D'Angelo, Domenico | 90 Wyllis Ave, Everett MA 02149 | 250.00 | | |
| 12/18/09 | D'Angelo, Marguerite | 7 Blueberry Lane, Gloucester MA 01930 | 50.00 | | |
| 12/18/09 | Decoste, Lawrence | 21 Walden Avenue, Saugus MA 01906 | 500.00 | | |
| 11/02/09 | Del Sonno, Michael | 1 Evelyn Ct, Everett MA 02149 | 250.00 | | |
| 11/25/09 | Dell Isola, Alyson | 21 Garfield Rd, Melrose MA 02176 | 50.00 | | |
| 12/29/09 | Dell Isola, Michael | 46 Madison Ave, Everett MA 02149 | 50.00 | | |
| 11/25/09 | Dellolacono, Luisa | 18 Huntington Rd, Lynnfield MA 01940 | 226.87 | Manager | Bond Brothers |
| 12/22/09 | Delory, Paul | 25 Hancock Street, Everett MA 02149 | 25.00 | | |
| 11/25/09 | Delsonno, Domenic | 2 Athorn Street, Saugus MA 01906 | 250.00 | Attorney | Self-Employed |
| 11/25/09 | DeMarco, Concetta | 1 Milton Street, Saugus MA 01906 | 25.00 | | |
| 11/25/09 | DeMarco, Marie | 81 Fremont Street, Everett MA 02149 | 50.00 | | |
| 11/25/09 | DeMaria, Carlo | 81 Fremont Ave, Everett MA 02149 | 50.00 | | |
| 12/22/09 | DeMaria, Carlo | 94 Central Ave, Everett MA 02149 | 100.00 | | |
| 11/25/09 | DeMaria, Carmine | 34 Mansfield Street, Everett MA 02149 | 250.00 | | |
| 10/29/09 | Demerilo, Christine | 34 Mansfield Street, Everett MA 02149 | 50.00 | | |
| 11/25/09 | Demerilo, Robert | PO Box 490255, Everett MA 02149 | 195.00 | | |
| 11/25/09 | DiBiase, Dennis | 81 Hancock Street, Everett MA 02149 | 195.00 | | |
| 11/25/09 | DiBiase, Domenic | 11 Arlington Street, Winchester MA 01890 | 25.00 | | |
| 10/29/09 | DiCarlo, Florindo | | 150.00 | | |
| | | | 50.00 | | |

# Committee To Elect Carlo DeMaria

## Schedule A: Receipts

| Received Date | Name | Address | Amount | Occupation | Employer |
|---|---|---|---|---|---|
| 11/25/09 | LoConte, Maria | 8 Spring Street, Everett MA 02149 | | | |
| 12/22/09 | Loreno, Frank | 57 Irving Street, Revere MA 02151 | 25.00 | | |
| 12/22/09 | Maciaughlan, Lester | 834 Broadway, Everett MA 02149 | 500.00 | | Local 25 Teamsters |
| 11/25/09 | Magnani, Luciano | 84 Cleveland Ave, Everett MA 02149 | 250.00 | | |
| 11/25/09 | Maher, Paul | 1633 West Street, Wrentham MA 02093 | 50.00 | | |
| 12/22/09 | Maia, Ronald | 39 Breakwater Dr, Chelsea MA 02150 | 100.00 | | |
| 11/25/09 | Makris, Paul | 50 Lincoln Street, Winchester MA 01890 | 250.00 | | |
| 11/25/09 | Marchese, John | 69 Norman Street, Everett MA 02149 | 25.00 | | |
| 11/25/09 | Marchese, Michael | 91 Elsie Street, Everett MA 02149 | 500.00 | | |
| 11/25/09 | Marchese, Michael | 13 Knowles Ave, Saugus MA 01906 | 100.00 | | |
| 11/25/09 | Marcotty, Karina | 19 Surry Rd, Winchester MA 01890 | 250.00 | | |
| 12/22/09 | Marra, Robert | 94 Beacon Street, Hyde Park MA 02136 | 25.00 | | |
| 11/25/09 | Mastrodcos, Antonio | 12 Wylis Ave, Everett MA 02149 | 100.00 | | |
| 12/22/09 | Mastrocola, Judy | | 50.00 | | |
| 11/25/09 | Masucci, Peter | 107 High Ridge Rd, Boxford MA 01921 | 250.00 | | |
| 11/25/09 | Matarazzo, Ersilia | Jefferson Ave, Everett MA 02149 | 200.00 | Doctor | Self-Employed |
| 11/25/09 | Mattuchio, Margaret | 65 Tappan Street, Everett MA 02149 | 25.00 | | |
| 11/25/09 | Mattuchio, Margaret | 65 Tappan Street, Everett MA 02149 | 50.00 | | |
| 11/25/09 | Mayo, Maryann | 24 Liberty Street, Everett MA 02149 | 25.00 | | |
| 11/25/09 | Mazzie, John | 129 Bell Rock Street, Everett MA 02149 | 50.00 | | |
| 11/25/09 | Mazzie, Steve | 129 Bellrock Street, Everett MA 02149 | 25.00 | | |
| 11/25/09 | McCarthy, Raymond | 141 Woodlawn Street, Everett MA02149 | 100.00 | | |
| 12/22/09 | McCarthy, Raymond | 141 Woodlawn Street, Everett MA 02149 | 50.00 | | |
| 12/18/09 | McGinnis, Joseph | 8 Patricia Rd, Danvers MA 01923 | 250.00 | Landscaper | Self-Employed |
| 11/25/09 | Mejia, Colleen | 11 Wright Street, North Reading MA 01864 | 250.00 | Parts Wholesaler | J'S Automotive Warehouse |
| 11/25/09 | Micciche, Michael | 74 Sagamore Street, Revere MA 02151 | 50.00 | | |
| 11/25/09 | Miller, Marc | 220 Broadway, Lynnfield MA 01940 | 25.00 | | |
| 12/22/09 | Miller, Marc | 220 Broadway, Lynnfield MA 01940 | 150.00 | | |
| 12/18/09 | Milley, Debra | 156 Grover Street, Everett MA 02149 | 250.00 | Attorney | Self-Employed |
| 12/22/09 | Minichiello, Frank | 66 Dalwood Rd, Tewksbury, MA 01876 | 50.00 | | |
| 12/18/09 | Mirano, Ciro | 10 Floyd Street, Everett MA 02149 | 250.00 | Scrap Metal | Minichello Bros Inc |
| 12/22/09 | Mirano, Ciro | 10 Floyd Street, Everett MA 02149 | 200.00 | Car Dealer | Self-Employed |
| 11/25/09 | Mondello, Guido | 184 Lynn Way, Lynn MA 01902 | 250.00 | Car Dealer | Self-Emploed |
| 12/22/09 | Mondello, Guido | 184 Lynn Way, Lynn MA 01902 | 200.00 | | |
| 10/29/09 | Montenero, Jane | 12 Mason Street, Everett MA 02149 | 250.00 | | |
| 12/18/09 | Morello, Gaetano | 92 High Street, Medford MA 02155 | 50.00 | | |
| 12/22/09 | Morgan, Thomas | 14 Ironwood Street, Billerica MA 01821 | 250.00 | | |
| 12/18/09 | Murphy, Judith | 12 Kenwood Rd, Everett MA 02149 | 100.00 | | |
| 11/25/09 | Murphy, Melissa | 119 Woodlawn Street, Everett MA 02149 | 250.00 | | |
| 11/25/09 | Mustone, Alberto | 9 Lee Street, Somerville MA 02145 | 50.00 | | |
| 11/25/09 | Naimo, Theresa | 44 Madison Ave, Everett MA 02149 | 100.00 | | |
| 11/25/09 | Navarra, Jerry | 10 Heath Street, Everett MA 02149 | 25.00 | | |
| 12/18/09 | Neil, Michelle | 77 Woodville Street, Everett MA 02149 | 50.00 | | |
| 12/22/09 | Norcia, Matthew | 6 Cider Mill Rd, Lynnfield MA 01940 | 75.00 | | |
| 11/25/09 | Norton, Jon | 120 Wylis Ave, Everett MA 02149 | 250.00 | | |
| 12/22/09 | Norton, Jon | 120 Wylis Ave, Everett MA 02149 | 25.00 | | |
| 11/25/09 | Nuzzo Jr, Frank | 20 Evelyn Street, Everett MA 02149 | 250.00 | | |
| 12/18/09 | Nuzzo Jr, Frank | 20 Evelyn Rd, Everett MA 02149 | 50.00 | | |
| 11/02/09 | O'Brien, David | 15 County Rd, Everett MA 02149 | 250.00 | | |
| 10/29/09 | O'Connor, John | 132 High Street, Everett MA 02149 | 25.00 | | |
| 11/25/09 | O'Connor, Steven | 39A Philomena Ave, Revere MA 02151 | 50.00 | | |
| 12/18/09 | Odonnell, Joseph | 15 Clairemont Rd, Belmoni MA 02478 | 25.00 | | |
| 11/25/09 | O'Donnell, Richard | 24 Abbott Avenue, Everett MA 02149 | 250.00 | | |
| 11/25/09 | O'Furie, Julius | 89 Ocean Ave, Lynn MA 01902 | 50.00 | | |
| 10/29/09 | O'Keefe, Sadie | 63 Chatham Rd, Revere MA 02151 | 25.00 | | |
| 11/25/09 | Ombremski, Charles | 151 Estes Street, Everett MA 02149 | 25.00 | | |
| 11/25/09 | Ombremski, John | 55 Hawley Rd, Melrose MA 02176 | 25.00 | | |
| 12/29/09 | O'Neil, David | 391 Broadway, Everett MA 02149 | 25.00 | | |
| 12/22/09 | Oneil, Richard | 1 Windsor Rd, Lynnfield MA 01940 | 200.00 | Attorney | Self-Employed |
| 12/18/09 | O'Neil, David | 32 Union Street, Everett MA 02149 | 250.00 | | |
| 12/22/09 | Pace, Paul | 14 Westview Ter, Woburn MA 01801 | 50.00 | | |
| 11/02/09 | Palma, Angela | 28 Woodlawn Ave, Everett MA 02149 | 250.00 | | |
| 11/02/09 | Palma, Lisa | 40 Chatham Rd Everett MA 02149 | 50.00 | | |
| 12/22/09 | Palma, Maureen | 28 Woodlawn Ave, Chelsea MA 02150 | 250.00 | | |
| 12/16/09 | Pennullo, Anthony | 8 Coney Street, Everett MA 02149 | 200.00 | | |
| 12/22/09 | Papicelli, Joseph | 8 Michelangelo Street, Boston MA 02113 | 200.00 | Contractor | Self-Employed |
| 12/18/09 | Petrone, Deborah | 61 Tappan Street, Everett MA 02149 | 250.00 | | |
| 11/25/09 | Picard, Carmela | 24 Bucknam Street, Everett MA 02149 | 25.00 | | |
| 12/29/09 | Pierotti, Maria | 18 Belmont Pk, Everett MA 02149 | 30.00 | | |
| 11/25/09 | Pietrantonio, Marlene | 11 Winthrop Street, Everett MA 02149 | 100.00 | | |
| 12/22/09 | Pietrantonio, Peter | 11 Winthrop Street, Everett MA 02149 | 50.00 | | |
| 11/25/09 | Pietrella, John | 242 Main Street, Everett MA 02149 | 250.00 | | |
| 11/25/09 | Pisacreta, Angela | 32 Richdale Ave, Everett MA 02149 | 100.00 | | |
| 12/22/09 | Polcari, David | 46 Wood Street, Groveland MA 01834 | 75.00 | | |
| 11/25/09 | Pomer, John | 19 Waverly Ave, Everett MA 02149 | 100.00 | | |
| | | | 25.00 | | |