UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 11-CV-10909-DPW

| | |
|---|---|
| WENTWORTH PRECIOUS METALS, LLC,<br><br>     Plaintiff<br>v.<br><br>CITY OF EVERETT, CARLO DeMARIA, JR., as he is the Mayor of the City of Everett, FRANK NUZZO, as he is the Code Enforcement Officer of the City of Everett, and JOHN FIELD, as he is the Building Inspector of the City of Everett,<br><br>     Defendants | NOTICE OF APPEARANCE |

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my Notice of Appearance as attorney for the defendants, City of Everett, Carlo DeMaria, Jr., Frank Nuzzo and John Field, in the above-referenced matter.

DEFENDANTS,

CITY OF EVERETT, CARLO DeMARIA, JR., FRANK NUZZO AND JOHN FIELD,

By their attorneys,

/s/ Janelle M. Austin
Janelle M. Austin (BBO# 666835)
Kopelman and Paige, P.C.
101 Arch Street, 12th Floor
Boston, MA 02110-1109
(617) 556-0007
jsilverstein@k-plaw.com
jaustin@k-plaw.com

2

## CERTIFICATE OF SERVICE

      I, Janelle M. Austin, certify that the above document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be served upon any party or counsel of record who is not a registered participant of the Court's ECF system upon notification by the Court of those individuals who will not be served electronically.  /s/ Janelle M. Austin

429174/METG/0950